Fill in this information to identify your case:

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Kast Media Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Kast Media LLC<br>Sight Reading Academy<br>Kast |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-1650234 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7111 Hayvenhurst Ave | P.O. 8175 |
| Number    Street | Number    Street |
| | P.O. Box |
| Van Nuys    CA    91406 | Van Nuys    CA    91409 |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles County | |
| County | Number    Street |
| | City    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Kast Media Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ____ / ____ / _____ Case number _____
                                            MM / DD / YYYY

District _____ When ____ / ____ / _____ Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When ____ / ____ / _____
                                  MM / DD / YYYY

Case number, if known _____

| Debtor | Kast Media Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　Number　　　Street

_____

_____
City　　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Kast Media Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/13/2024
MM / DD / YYYY

✖ _____    Colin Thomson
Signature of authorized representative of debtor    Printed name

Title  CEO

**18. Signature of attorney**

✖    /s/ Leslie Cohen    Date  03/13/2024
Signature of attorney for debtor    MM / DD / YYYY

Leslie Cohen
Printed name
Leslie Cohen Law PC
Firm name
1615-A Montana Avenue
Number    Street
Santa Monica    CA    90403
City    State    ZIP Code
3103945900    leslie@lesliecohenlaw.com
Contact phone    Email address

93698    CA
Bar number    State

# Kast Media

## Balance Sheet

As of January 31, 2024

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Chase Personal Checking | 0.00 |
| EWB Batman Production 2653 | 0.00 |
| EWB Deposit Checking Account 5085 | 0.00 |
| EWB Main Checking 4038 | 177,654.49 |
| Kast Media Payroll | 0.00 |
| Paypal Account | 0.00 |
| Sponsorship Payouts | 0.00 |
| Stripe | 0.00 |
| Wells Business Checking | 20,448.19 |
| **Total Bank Accounts** | **$198,102.68** |
| Accounts Receivable | |
| Accounts Receivable | 500,536.65 |
| **Total Accounts Receivable** | **$500,536.65** |
| Other Current Assets | |
| Loan Receivable - Investment | 0.00 |
| Prepaid Expenses | 0.00 |
| Uncategorized Asset | 0.00 |
| Undeposited Funds | 0.00 |
| Undeposited Funds - Fastpay | 0.00 |
| United Capital Factoring Reserve | 0.00 |
| **Total Other Current Assets** | **$0.00** |
| **Total Current Assets** | **$698,639.33** |
| Fixed Assets | |
| Accumulated Depreciation | -136,537.32 |
| Computer | 9,913.94 |
| Fixed Asset Other Tools Equipment | 72,489.31 |
| Office Furniture | 29,385.81 |
| Studio Equipment | 24,748.26 |
| **Total Fixed Assets** | **$0.00** |
| Other Assets | |
| TD Ameritrade | 1,150.00 |
| **Total Other Assets** | **$1,150.00** |
| **TOTAL ASSETS** | **$699,789.33** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 4,803,985.44 |

# Kast Media

## Balance Sheet

As of January 31, 2024

| | TOTAL |
|---|---|
| **Total Accounts Payable** | **$4,803,985.44** |
| Credit Cards | |
| Amex Business Card 42003 | 0.00 |
| Amex Delta SkyMiles Reserve Card 31001 | 24,090.90 |
| Amex Gold Card 22005 | 0.00 |
| Citi Double Cash 4018 | 0.00 |
| Costco Credit | 0.00 |
| **Total Credit Cards** | **$24,090.90** |
| Other Current Liabilities | |
| Accrued Liabilities | 0.00 |
| Commissions Due Accrual | 0.00 |
| Customer Credit Accrual | -9,036.87 |
| Programmatic | -8,323.59 |
| **Total Customer Credit Accrual** | **-17,360.46** |
| Spot by Spot Accrual | -471,855.44 |
| **Total Accrued Liabilities** | **-489,215.90** |
| Deferred Revenue | 0.00 |
| Deferred Salary | 34,614.67 |
| Direct Deposit Payable-1 | 0.00 |
| Interest Payable | |
| Capchase Interest Payable | 0.00 |
| **Total Interest Payable** | **0.00** |
| Loans Payable | |
| BONDIT Loan | 0.00 |
| Deck Capital Loan Payable | 0.00 |
| Direct Deposit Payable | 0.00 |
| Fast Pay Advances | 0.00 |
| Fundbox Invoice Advances | 0.00 |
| Line of Credit | 0.00 |
| Loan Payable - Apex | 0.00 |
| Loan Payable - BFS | 0.00 |
| Loan Payable - Bluevine | 0.00 |
| Loan Payable - CAPCHASE Inc. | 0.00 |
| Loan Payable - Intuit | 0.00 |
| Loan Payable - KCG | 0.00 |
| Loan Payable - Paypal | 0.00 |
| Loan Payable Interest Apex | 0.00 |
| United Capital Factoring Payable | 0.00 |

# Kast Media

## Balance Sheet

As of January 31, 2024

|  | TOTAL |
|---|---|
| **Total Loans Payable** | **0.00** |
| Other Payables | 0.00 |
| Payroll Liabilities | 0.00 |
| CA PIT / SDI | 4,998.37 |
| CA SUI / ETT | 234.23 |
| Federal Taxes (941/944) | 16,437.99 |
| Federal Unemployment (940) | 93.69 |
| **Total Payroll Liabilities** | **21,764.28** |
| Shared Expense Pass-through | 0.00 |
| **Total Other Current Liabilities** | **$ -432,836.95** |
| **Total Current Liabilities** | **$4,395,239.39** |
| Long-Term Liabilities |  |
| Investor Note Payable | 2,000,000.00 |
| Loan EW Bank | 0.00 |
| **Total Long-Term Liabilities** | **$2,000,000.00** |
| **Total Liabilities** | **$6,395,239.39** |
| Equity |  |
| Draws | 244.04 |
| Opening Balance Equity | 0.00 |
| Owner Income | 0.00 |
| Retained Earnings | -5,857,107.60 |
| Net Income | 161,413.50 |
| **Total Equity** | **$ -5,695,450.06** |
| **TOTAL LIABILITIES AND EQUITY** | **$699,789.33** |

# Kast Media
# Profit and Loss
### January - February, 2024

|  | Total |
|---|---:|
| **Income** | |
| **Advertising Revenue** | |
| Host-read | 16,061.66 |
| Other | 53.69 |
| Programmatic | 7,542.50 |
| **Total Advertising Revenue** | $ 23,657.85 |
| Derivative Revenue | 35,000.00 |
| Merchandising Revenue | 92.52 |
| Other Income | 93.71 |
| Premium Revenue | 5,932.25 |
| Subscription Revenue | 1,531.08 |
| **Total Income** | $ 66,307.41 |
| **Gross Profit** | $ 66,307.41 |
| **Expenses** | |
| Auto Expense | 1,328.32 |
| Computer & software | 139.98 |
| Dues & Subscriptions | 2,514.62 |
| Email Hosting Expense | 2,465.49 |
| Hosting | 129.86 |
| Office Expenses | 445.64 |
| **Payroll Expenses** | |
| Taxes | 491.83 |
| Wages | 55,767.80 |
| **Total Payroll Expenses** | $ 56,259.63 |
| **Professional Fees** | |
| Accounting Services & Fees | 17,040.00 |
| Legal Services | 73,767.65 |
| **Total Professional Fees** | $ 90,807.65 |
| Reimbursements | 340.00 |
| Shipping and delivery expense | 200.00 |
| Subcontractors | 4,763.07 |
| Telephone Expense | 150.00 |
| **Transaction Fees** | |
| Bank Charges | 780.74 |
| Merchant Service Fees | 2.51 |
| **Total Transaction Fees** | $ 783.25 |
| **Total Expenses** | $ 160,327.51 |
| **Net Operating Income** | -$ 94,020.10 |
| **Other Income** | |
| Termination and Release Agreements - Talent | 182,613.06 |
| **Total Other Income** | $ 182,613.06 |
| **Other Expenses** | |
| Interest Expense | 832.50 |

| | | |
|---|---|---:|
| Vendor Interest | | 4,311.07 |
| **Total Interest Expense** | $ | **5,143.57** |
| **Tax Expenses** | | 7,917.19 |
| **Total Other Expenses** | $ | **13,060.76** |
| **Net Other Income** | $ | **169,552.30** |
| **Net Income** | $ | **75,532.20** |

Friday, Mar 08, 2024 01:09:36 PM GMT-8 - Accrual Basis

# Kast Media
## Statement of Cash Flows
### January - February, 2024

|  | Total |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 75,532.20 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable | 82,403.30 |
| United Capital Factoring Reserve | -20,836.78 |
| Accounts Payable | -209,682.15 |
| Amex Delta SkyMiles Reserve Card 31001 | 8,391.66 |
| Deferred Salary | 49,997.85 |
| Direct Deposit Payable-1 | -12,533.24 |
| Payroll Liabilities:CA PIT / SDI | -4,609.10 |
| Payroll Liabilities:CA SUI / ETT | -191.18 |
| Payroll Liabilities:Federal Taxes (941/944) | -3,397.77 |
| Payroll Liabilities:Federal Unemployment (940) | 7.38 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-$ 110,450.03** |
| **Net cash provided by operating activities** | **-$ 34,917.83** |
| **FINANCING ACTIVITIES** | |
| Draws | 220.83 |
| **Net cash provided by financing activities** | **$ 220.83** |
| **Net cash increase for period** | **-$ 34,697.00** |
| **Cash at beginning of period** | 256,043.09 |
| **Cash at end of period** | **$ 221,346.09** |

Friday, Mar 08, 2024 01:10:17 PM GMT-8

| Fill in this information to identify the case: |
| --- |
| Debtor name    Kast Media Inc. |
| United States Bankruptcy Court for the:   Central District of California |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Chatty Broads, LLC c/o UTA Attn: Accounting 9336 Civic Center Drive Beverly Hills, CA, 90210 | A.J. Leone (310) 273-6700 UTAClientInvoicing@unitedtalent.com, NYAccounting@unitedtalent.com | Podcast Content | | | | 478,184.62 |
| 2   Theo Von Inc. c/o Goodfriend & Jacobs 1299 Ocean Ave #333 Santa Monica, CA, 90401 | Lawrence Goodfriend (310) 451-0744 LGoodfriend@goodfriendjacobs.com | Podcast Content | | | | 456,398.57 |
| 3   Bardic Enterprises, LLC c/o UTA Attn: Accounting 9336 Civic Center Drive Beverly Hills, CA, 90210 | Oren Rosenbaum (310) 273-6700 UTAClientInvoicing@unitedtalent.com, NYAccounting@unitedtalent.com | Podcast Content | | | | 381,666.22 |
| 4   Maverick Media 1880 Century Park East #950 Los Angeles, CA, 90067 | Samantha Citrom 310-277?3633  Extension 317 scitrom@mggcpa.com | Podcast Content | | | | 336,714.27 |
| 5   Goofball, Inc 2029 Century Park East Suite 1500 Los Angeles, CA, 90067 | Kelly Flores (310) 746-2130 kflores@mgocpa.com | Podcast Content | | | | 330,113.18 |
| 6   Eleven Eleven O'Clock Corporation c/o UTA Attn: Accounting 9336 Civic Center Drive Beverly Hills, CA, 90210 | Oren Rosenbaum (310) 273-6700 UTAClientInvoicing@unitedtalent.com, NYAccounting@unitedtalent.com | Podcast Content | | | | 293,333.36 |
| 7   Nicholas Viall, LLC c/o UTA Attn: Accounting 9336 Civic Center Drive Beverly Hills, CA, 90210 | Oren Rosenbaum (310) 273-6700 UTAClientInvoicing@unitedtalent.com, NYAccounting@unitedtalent.com | Podcast Content | | | | 257,387.93 |
| 8   Arcadian Vanguard Attn: Brian Last 8 Beacon Hill Dr Chester, NJ, 07930-3000 | Brian Last (347) 994-8585 brianlast30@gmail.com | Podcast Content | | | | 250,442.79 |

Debtor  Kast Media Inc.
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CBS Interactive Inc. 235 Second Street San Francisco, CA, 94105 | Lincoln Gunn (925) 285-3020 lincoln@fandom.com, cbsi-billing@cbsinteractive.com | Podcast Content | | | | 248,206.07 |
| 10 | Your Mom and Dad LLC c/o UTA Attn: Accounting Department 9336 Civic Center Drive Beverly Hills, CA, 90210 | A.J. Leone (310) 273-6700 UTAClientInvoicing@unitedtalent.com, NYAccounting@unitedtalent.com | Podcast Content | | | | 203,713.00 |
| 11 | SupportingCast 2049 Century Park East, Suite 2300 Los Angeles, CA, 90067 | Laure Wytsma 310-229-9659 LAWytsma@Venable.com | Subscription Services | Disputed | | | 139,466.00 |
| 12 | Hattiewood Entertainment, Inc. 2000 Avenue of the Stars Los Angeles, CA, 90067 | Yuni Sher (424) 288-2011 crossoveraccounting@caa.com | Podcast Content | | | | 134,670.35 |
| 13 | Glaser Weil c/o Maritza Ponce 10250 Constellation Blvd., 19th Floor Los Angeles, CA, 90067 | Maritza Ponce (310) 556-7875 mponce@glaserweil.com | Legal Services | | | | 116,943.42 |
| 14 | Manatt, Phelps & Phillips, LLP Attn: Richard McDerby 2049 Century Park East, Suite 1700 Los Angeles, CA, 90067 | Richard McDerby (415) 291-7427 AccountsReceivable@Manatt.com, Billing@Manatt.com | Legal Services | | | | 103,687.35 |
| 15 | Monkey Spunk Inc. c/o Don Buchwald & Associates 10 E 44th St New York, NY, 10017 | Joseph Taylor 310 909 4336 JTaylor@fkks.com | Podcast Content | Disputed | | | 97,870.65 |
| 16 | Nugget Productions, Inc. c/o UTA Attn: Accounting 9336 Civic Center Dr. Beverly Hills, CA, 90210 | Shelby Schenkman (310) 273-6700 UTAClientInvoicing@unitedtalent.com, NYAccounting@unitedtalent.com | Podcast Content | | | | 93,632.07 |
| 17 | John Campea Show Podcast 434 Termino Ave. Corona, CA, 92879 | Scott Porch (912) 704-4052 scottporch@gmail.com | Podcast Content | | | | 88,949.96 |
| 18 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA, 19101-7346 | | Taxes & Other Government Units | | | | 71,578.00 |
| 19 | Richard Maclean Smith c/o UTA Attn: Accounting 9336 Civic Center Dr. Beverly Hills, CA, 90210 | Oren Rosenbaum (310) 273-6700 UTAClientInvoicing@unitedtalent.com, NYAccounting@unitedtalent.com | Podcast Content | | | | 70,513.14 |
| 20 | AYYDUBS LLC c/o Carl Lehman, 4655 Executive Dr., Ste. 700 San Diego, CA, 92121 | Carl J. Lehman (619) 236-1414 carl.lenman@dentons.com | Podcast Content | Disputed | | | 68,750.01 |

Adswizz Inc
489 S El Camino Real
San Mateo, CA 94402


APM Music
6255 W Sunset Blvd
Ste 900
Hollywood, CA 90028-7458


Arcadian Vanguard
Attn: Brian Last
8 Beacon Hill Dr
Chester, NJ 07930-3000


AYYDUBS LLC
c/o Carl Lehman,
4655 Executive Dr., Ste. 700
San Diego, CA 92121


AYYDUBS LLC
20 Jay Street
Brooklyn, NY 11201


Banner & Witcoff, Ltd.
71 South Wacker Drive
Suite 3600
Chicago, IL 60606-7407


Bardic Enterprises, LLC
c/o UTA Attn: Accounting
9336 Civic Center Drive
Beverly Hills, CA 90210


Bella Blue Productions Inc
3240 Porter Lane
Ventura, CA 93003

**Big Head Baby Inc**
**4682 Mioland Drive**
**Los Angeles, CA 90043**


**CBS Interactive Inc.**
**235 Second Street**
**San Francisco, CA 94105**


**Chartable Holding Inc**
**535 5th Avenue**
**Floor 16**
**New York, NY 10017**


**Chatty Broads, LLC**
**c/o UTA Attn: Accounting**
**9336 Civic Center Drive**
**Beverly Hills, CA 90210**


**Dan Murrell Podcast**
**Daniel Murrell**
**103 Keystone Lane**
**Maumelle, AR 72113**


**Elevated Train, Inc.**
**4208 Overland Avenue**
**Culver City, CA 90230**


**Eleven Eleven O'Clock Corporation**
**c/o UTA Attn: Accounting**
**9336 Civic Center Drive**
**Beverly Hills, CA 90210**


**EPGR Lawyers**
**12121 Wilshire Blvd Ste 600**
**Los Angeles, CA 90025**

**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**P. O. Box 2952**
**Sacramento, CA 95812-2952**


**Glaser Weil**
**c/o Maritza Ponce**
**10250 Constellation Blvd., 19th Floor**
**Los Angeles, CA 90067**


**Goofball, Inc**
**2029 Century Park East**
**Suite 1500**
**Los Angeles, CA 90067**


**Hansen Jacobson et al.**
**450 N. Roxbury Dr 8th Floor**
**Beverly Hills, CA 90210**


**Happy Sad Confused - Josh Horowitz**
**60 West 57th st**
**Apt. 11D**
**New York, NY 10019**


**Hattiewood Entertainment, Inc.**
**2000 Avenue of the Stars**
**Los Angeles, CA 90067**


**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**


**InVoice Productions Ltd**
**9336 Civic Center Drive**
**Beverly Hills, CA 90210**

**Jason Ellis Inc.**
**1880 Century Park East**
**Suite 1600**
**Los Angeles, CA 90067**


**Jeff Wolman**
**4208 Overland Avenue**
**Culver City, CA 90230**


**Jeremy Kryt**
**151 E. 74th Lane**
**Lynden, WA 98264**


**Jive PR Inc**
**2701 Ocean Park Blvd**
**Suite 220**
**Santa Monica, CA 90405**


**John Campea Show Podcast**
**434 Termino Ave.**
**Corona, CA 92879**


**Katie Curtright**
**13322 Huston Street, Unit B,**
**Sherman Oaks, CA 91423**


**Kyle Tekiela**
**12102 Otsego St,**
**Valley Village, CA 91607**


**Lightning Bugs**
**C/O Citrin Cooperman**
**529 5th AVE 4th FL**
**New York, NY 10017**

**Manatt, Phelps & Phillips, LLP**
**Attn: Richard McDerby**
**2049 Century Park East, Suite 1700**
**Los Angeles, CA 90067**

**Maverick Media**
**1880 Century Park East #950**
**Los Angeles, CA 90067**

**Megatrax**
**4450 West Lakeside Drive #380**
**Burbank, CA 91505**

**Metaphysical Milkshake**
**c/o UTA  Attn: Accounting**
**9336 Civic Center Drive**
**Beverly Hills, CA 90210**

**Monkey Spunk Inc.**
**c/o Don Buchwald & Associates**
**10 E 44th St**
**New York, NY 10017**

**Network One, LLC**
**5432 Hermitage Ave. #202**
**Valley Village, CA 91607**

**Nicholas Viall, LLC**
**c/o UTA Attn: Accounting**
**9336 Civic Center Drive**
**Beverly Hills, CA 90210**

**Nugget Productions, Inc.**
**c/o UTA Attn: Accounting**
**9336 Civic Center Dr.**
**Beverly Hills, CA 90210**

On Brand with Donny Deutsch
FSO Donny Deutsch c/o WME Entertainment
9601 Wilshire Blvd 3rd Fl
Beverly Hills, CA 90210


One Eyed Dog Inc.
c/o Optimism Ent.
1600 Rosecrans Ave Bldg. 1A 2nd Fl.
Manhattan Beach, CA 90266


Pineapple Street Studios
81 Willoughby St.
Suite 801
New York, NY 11201


Rajan Desai
c/o Miller Company
407 N. Maple Dr. Suite 100
Beverly Hills, CA 90210


Rezinate Ent LLC
1844 SW 24th Terrace
Miami, FL 33145


Richard Maclean Smith
c/o UTA Attn: Accounting
9336 Civic Center Dr.
Beverly Hills, CA 90210


Sacker Entertainment Law
c/o Scott L. Adair, CPA
Provident Financial Management
12100 Wil
Los Angeles, CA 90025


Scott Porch
203 E. 65th St.
Savannah, GA 31405

**Star Wars Explained – Alex Damon**
**1376 Mandalay Ct SW**
**Lilbum, GA 30047**


**SupportingCast**
**2049 Century Park East, Suite 2300**
**Los Angeles, CA 90067**


**Theo Von Inc.**
**c/o Goodfriend & Jacobs**
**1299 Ocean Ave #333**
**Santa Monica, CA 90401**


**Tony Hawk, Inc.**
**1611–A South Melrose Drive #362**
**Vista, CA 92081**


**Triton Digital Inc**
**312 Walnut Street STE 2800**
**Cincinnati, OH 45202**


**Twenty Nine Enterprises**
**111 West 68th St #2A**
**New York, NY 10023**


**Untitled Entertainment, LLC**
**200 Park Avenue South 8th Fl**
**New York, NY 10003**


**Was it Real?**
**The Hills Rewatch – Heidi Montag**
**c/o Kyell Thomas**
**1840 Century Park East**
**Los Angeles, CA 90067**

**Was it Real?**
**The Hills Rewatch – Audrina Patridge**
**13650 Rosecrans Avenue**
**Santa Fe Springs, CA 90670**

**Was it Real?**
**The Hills Rewatch – Brody Jenner**
**21731 Ventura Blvd Ste 300**
**Woodland Hills, CA 91364**

**Was it Real?**
**The Hills Rewatch – Frankie Delgado**
**10525 Camarillo St.**
**Toluca Lake, CA 91602**

**X1T, LLC**
**c/o Turner Dhillon LLP**
**Attn: Asha Dhillon**
**707 Wilshire Blvd, St**
**Los Angeles, CA 90017**

**Your Mom and Dad LLC**
**c/o UTA Attn: Accounting Department**
**9336 Civic Center Drive**
**Beverly Hills, CA 90210**

**Zodiac Heating & Air Conditioning Inc**
**14411 Gilmore Street**
**Santa Monica, CA 90401**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen (SBN 93698) <br> J'aime Williams Kerper (SBN 261148) <br> **LESLIE COHEN LAW PC** <br> 1615-A Montana Avenue <br> Santa Monica, CA 90403 <br> T: 310.394.5900 F: 310.394.9280 <br> leslie@lesliecohenlaw.com <br> jaime@lesliecohenlaw.com <br><br> ☐ *Debtor(s) appearing without attorney* <br> ☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re: <br> Kast Media Inc. | CASE NO.: <br> CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS** <br> **[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **8** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **03/13/2024**

_____   Colin Thomson, CEO
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                 F 1007-1.MAILING.LIST.VERIFICATION

## EQUITY SECURITY HOLDERS LIST

Cary Granat
2111 Narcissus Ct
Venice, CA 90291


Charles J. Huebner
1406 Via Coronel
Palos Verdes Estates, 90274


Clara Vista
Clara Vista Investment Partners
Attention: William Hapworth
450 Lexington Avenue, 4th Floor
New York, NY 10017


Colin Thomson
c/o Rose, Snyder & Jacobs LLP
15821 Ventura Blvd. Suite 490
Encino, CA 91436


Dustin Knouse
600 Moulton Ave.
Apt 404
Los Angeles, CA 90031


Dyana Goldman
1601 Veteran Ave.
Apt 204
Los Angeles, CA 90024


Hannah Smith
315 East Avenue 31
Unit 4
Los Angeles, CA 90031


Harris Keefer
5345 SE Cesar E Chavez Blvd
Portland, OR 97202

Jeff Gaspin
16174 Woodvale Rd
Encino, CA  91436


Joseph S. Carson, Jr.
543 Country Club Drive
Suite B111
Simi Valley CA 93065


Matthew Yu
A & R Tax and Accounting Service
C/O Matthew Yu
21 La Gorce Dr.
Chesterfield, MO 63017


Michael Jensen
4241 Mcconnell Blvd
Los Angeles, CA 90066


Neil Sacker
Scott L. Adair, CPA
Provident Financial Management
12100 Wilshire Blvd., Suite 1540
Los Angeles, CA 90025


Rod Thomson
5342 Clark Road # 113
Sarasota, FL 34233


Larry Shuman
c/o Adam Hoover
Hoover Financial
5877 Pine Avenue Suite 200
Chino Hills, CA 91709


Lyrcal Media
241-5 Centre Street
3rd Floor
New York, NY 10013

Jarod Einsohn
4400 barnsley dr
Plano, Tx  75093