**FENNEMORE, LLP**
Gary B. Rudolph, SBN 101921
Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372
grudolph@fennemorelaw.com

Attorneys for Creditor and Party in Interest
Arcadian Vanguard LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA (SAN FERNANDO VALLEY)

| | |
|---|---|
| In re | CASE NO. 1:24-bk-10396-MB |
| KAST MEDIA, INC., fka Kast Media LLC, aka Sight Reading Academy, aka Kast | Chapter 11 |
| | DECLARATION OF BRIAN LAST IN SUPPORT OF OPPOSITION BY CREDITOR ARCADIAN VANGUARD LLC TO NOTICE SETTING INSIDER COMPENSATION |
| Debtor. | |
| | Hearing Date: To Be Set By Debtor<br>Time: To Be Set By Debtor<br>Dept.: 303<br>Judge: Hon. Martin R. Barash |

I, Brian Last, declare as follows:

1. I am the President and CEO of creditor and party in interest Arcadian Vanguard LLC ("Arcadian Vanguard") and am thus authorized to make this declaration on its behalf. I make this declaration in opposition to the Notice Setting Insider Compensation (ECF 11) filed March 22, 2024 which requests approval of compensation to the CEO and 99% shareholder of the Debtor Kast Media, Inc. ("Debtor") Colin Thomson in the annual amount of $180,000. See ECF #11, p. 1, para. 11. I have personal knowledge of the matters contained herein and, if called upon to testify to them, I could do so competently.

- 1 -

2. I have reviewed the Debtor's schedules in this case, as well as the compensation notice. I have observed that neither the Debtor nor Mr. Thomson have made any offer of proof showing what the Debtor can expect in revenues that would be sufficient to pay the proposed compensation. I know that the Debtor fired all of its advertising sales department employees pre-petition, and I have in fact hired some of them. In addition, having been in the podcast business since 2015, I am familiar with and have spoken to many of the other podcasters with whom the Debtor did business.

3. Specifically, Mr. Thomson, through an email (in May 2023) and an email from the Debtor's lawyer, Neil Sacker (in June 2023), notified Arcadian Vanguard that it would be filing bankruptcy and unable to pay us on undisputed claims which are estimated to exceed $6.8 million (see ECF #13, p. 7). Arcadian Vanguard was also informed that if it did not sign new contracts – with bad terms – with PodcastOne (prior to it becoming a publicly-traded company), then the Debtor's client creditors – including Arcadian Vanguard – would receive nothing on its claims because the Debtor would shut down and go out of business. I understand from other podcasters that I have spoken to that they were presented with the same "offer" by the Debtor and Mr. Thomson. I was also informed that Mr. Thomson had an agreement with either Liveone or PodcastOne where he received a commission or a finder's fee for Kast clients like Arcadian Vanguard that took the PodcastOne offer for pennies on the dollar of what was owed to us.

4. The only written agreement governing the relationship with the Debtor was a Podcast Agreement entered into in 2018, for a one-year period with an option to extend the term for a year, between the Debtor and Jim Cornette. Mr. Cornette is a professional wrestling living legend and believed by many to be the world's leading expert on all matters having in any way to do with the sport of professional wrestling. Mr. Cornette hosts two podcasts, "The Jim Cornette Experience" and "Jim Cornette's Drive-Thru" (hereinafter collectively "Podcasts"). Arcadian

Vanguard produces the Podcasts, and I am the co-host on the Podcasts. There was a First Amendment to that Podcast Agreement dated September 12, 2019. Subsequent to that there has been no written agreement in place and the parties have been proceeding on an oral contract since that date.

5. Among other things, Mr. Cornette and Arcadian Vanguard were operating under an implied contract whereby the Debtor obtained advertisers to be featured on the Podcasts, and the advertising revenue was to be split with 80% (Eighty Percent) to be paid to Mr. Cornette and Arcadian Vanguard, and 20% (Twenty Percent) to be retained by Debtor. The Debtor paid the expenses of the hosting platform in exchange for Arcadian Vanguard's agreement that the Debtor would retain 20% of all programmatic advertising that Arcadian Vanguard was entitled to receive related to its podcasts. The Debtor set it up so that it would receive all advertising income from podcast advertisers, and then pay to Arcadian Vanguard its 80% from those receipts. This agreement was terminable at will and expired on its own terms no later than 2021.

6. I understand from speaking with other podcasters that their payment arrangements with the Debtor were essentially the same as described above.

7. Beginning in late 2022, the Debtor and Mr. Thomson failed to timely pay all amounts due to Mr. Cornette and Arcadian. The last payment either Mr. Cornette or Arcadian has received from the Debtor was on May 17, 2023.

Executed this 3rd day of April, 2024, at Chester, New Jersey, under the penalty of perjury pursuant to the laws of the United States of America.

_____
Brian Last