| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Leslie A. Cohen, Esq. (SBN: 93698)<br>leslie@lesliecohenlaw.com<br>J'aime Williams Kerper, Esq. (SBN 261148)<br>jaime@lesliecohenlaw.com<br>LESLIE COHEN LAW, PC<br>1615-A Montana Avenue<br>Santa Monica, CA 90403<br>Telephone: (310) 394-5900<br>Facsimile: (310) 394-9280<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>KAST MEDIA INC.,<br><br>Debtor(s) | CASE NO.: 1:24-bk-10396-MB<br>CHAPTER: 11<br><br>**AMENDED SUPPLEMENTAL NOTICE RE: AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO FOR REMOTE APPEARANCE**<br><br>HEARING DATE: May 28, 2024<br>HEARING TIME: 1:30pm<br>HEARING LOCATION: Courtroom 303 |
|---|---|

**Movant:** Kast Media, Inc.

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time and at the location indicated above, before the Honorable Martin R. Barash, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

**NOTICE OF MOTION AND MOTION TO APPROVE COMPROMISE BETWEEN THE DEBTOR AND SOUNSTACK INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019; DECLARATION OF COLIN THOMSON [Docket No. 39]**

**NOTICE OF MOTION AND MOTION TO ASSUME EXECUTORY CONTRACT WITH UNIVERSAL CONTENT PRODUCTIONS LLC; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COLIN THOMSON [Docket No. 41]**

**NOTICE OF MOTION AND MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY TO NON-DEBTOR DEFENDANT TO ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF COLIN THOMSON [Docket No. 43]**

2. In addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video. Information on how to appear using ZoomGov is provided on the following page of this notice.

3. Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

4. The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. **Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited. In the case of a trial or evidentiary hearing, no audio access will be provided. However, members of the public and the press may observe all proceedings in person.**

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required. The use of ZoomGov is free of charge to participants.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. **All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.**

9. Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the hearing.

10. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Video/audio web address:
    https://cacb.zoomgov.com/j/1603903929
    ZoomGov meeting number: 160 390 3929
    Password: 302398
    Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: 05/01/2024                                Leslie Cohen Law
                                                Printed name of law firm (if applicable)

                                                /s/ Leslie Cohen
                                                Printed name of individual Movant or attorney for Movant

**NOTE: Unless otherwise ordered by Judge Barash: (i) this form should not be used for any trial or evidentiary hearing and (ii) no party or witness may appear remotely for any trial or evidentiary hearing.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1615-A Montana Avenue, Santa Monica, CA 90403

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED SUPPLEMENTAL NOTICE RE: AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO FOR REMOTE APPEARANCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/30/24 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathleen A Cashman-Kramer    kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com
Russell Clementson    russell.clementson@usdoj.gov
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
Moriah Douglas Flahaut (TR)    douglas.flahaut@arentfox.com, C194@ecfcbis.com
Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
Gary B Rudolph    grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 5/01/24 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached pages

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/01/24 | Clare Hendricks | /s Clare Hendricks |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Kast Media Inc                           San Fernando Valley Division
0973-1                                    PO Box 8175                             21041 Burbank Blvd,
Case 1:24-bk-10396-MB                     Van Nuys, CA 91409-8175                 Woodland Hills, CA 91367-6606
Central District of California
San Fernando Valley
Wed May  1 10:04:12 PDT 2024

APM Music                                 AYYDUBS LLC                             AYYDUBS LLC
6255 W Sunset Blvd                        20 Jay Street                           c/o Carl Lehman,
Ste 900                                   Brooklyn, NY 11201-8301                 4655 Executive Dr., Ste. 700
Hollywood, CA 90028-7458                                                          San Diego, CA 92121-3128


Adswizz Inc                               Arcadian Vanguard                       Banner & Witcoff, Ltd.
489 S El Camino Real                      Attn: Brian Last                        71 South Wacker Drive
San Mateo, CA 94402-1727                  8 Beacon Hill Dr                        Suite 3600
                                          Chester, NJ 07930-3000                  Chicago, IL 60606-7437


Bardic Enterprises, LLC                   Bella Blue Productions Inc              Big Head Baby Inc
c/o UTA Attn: Accounting                  3240 Porter Lane                        4682 Mioland Drive
9336 Civic Center Drive                   Ventura, CA 93003-4819                  Los Angeles, CA 90043-2011
Beverly Hills, CA 90210-3604


Brandon Klein                             CBS Interactive Inc.                    Charles J. Huebner
4018 Winterset Lane                       235 Second Street                       1406 Via Coronel
West Bloomfield, MI 48323-3150            San Francisco, CA 94105-3124            Palos Verdes Peninsula, CA 90274-1940


Chartable Holding Inc                     Chatty Broads, LLC                      Clara Vista
535 5th Avenue                            c/o UTA Attn: Accounting                Clara Vista Investment Partners
Floor 16                                  9336 Civic Center Drive                 Attention: William Hapworth
New York, NY 10017-3689                   Beverly Hills, CA 90210-3604            450 Lexington Avenue, 4th Floor
                                                                                  New York, NY 10017-3912

Dan Murrell Podcast                       EPGR Lawyers                            Edlin Gallagher Huie and Blum LLP
Daniel Murrell                            12121 Wilshire Blvd Ste 600             515 S. Flower Street Suite 1020
103 Keystone Lane                         Los Angeles, CA 90025-1188              Los Angeles, CA 90071-2212
Maumelle, AR 72113-5958


Elevated Train, Inc.                      Eleven Eleven O'Clock Corporation       FRANCHISE TAX BOARD
4208 Overland Avenue                      c/o UTA Attn: Accounting                BANKRUPTCY SECTION MS A340
Culver City, CA 90230-3736                9336 Civic Center Drive                 PO BOX 2952
                                          Beverly Hills, CA 90210-3604            SACRAMENTO CA 95812-2952


Franchise Tax Board                       Glaser Weil                             Goofball, Inc
Bankruptcy Section, MS: A-340             c/o Maritza Ponce                       2029 Century Park East
P. O. Box 2952                            10250 Constellation Blvd., 19th Floor   Suite 1500
Sacramento, CA 95812-2952                 Los Angeles, CA 90067-6219              Los Angeles, CA 90067-2935


Hansen Jacobson et al.                    Happy Sad Confused - Josh Horowitz      Hattiewood Entertainment, Inc.
450 N. Roxbury Dr 8th Floor               60 West 57th st                         2000 Avenue of the Stars
Beverly Hills, CA 90210-4222              Apt. 11D                                Los Angeles, CA 90067-4700
                                          New York, NY 10019-3953
```

| | | |
|---|---|---|
| InVoice Productions Ltd<br>9336 Civic Center Drive<br>Beverly Hills, CA 90210-3604 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jarod Einsohn<br>4400 Barnsley Drive<br>Plano, TX 75093-3275 |
| Jason Ellis Inc.<br>1880 Century Park East<br>Suite 1600<br>Los Angeles, CA 90067-1661 | Jeff Wolman<br>4208 Overland Avenue<br>Culver City, CA 90230-3736 | Jeremy Kryt<br>151 E. 74th Lane<br>Lynden, WA 98264-9484 |
| Jive PR Inc<br>2701 Ocean Park Blvd<br>Suite 220<br>Santa Monica, CA 90405-5237 | John Campea Show Podcast<br>434 Termino Ave.<br>Corona, CA 92879-1128 | Katie Curtright<br>13322 Huston Street, Unit B,<br>Sherman Oaks, CA 91423-2030 |
| Kyle Tekiela<br>12102 Otsego St,<br>Valley Village, CA 91607-3006 | Larry Shuman<br>c/o Adam Hoover Hoover Financial<br>5877 Pine Avenue Suite 200<br>Chino Hills, CA 91709-6543 | Lightning Bugs<br>C/O Citrin Cooperman<br>529 5th AVE 4th FL<br>New York, NY 10017-4674 |
| Lyrcal Media<br>241-5 Centre Street<br>3rd Floor<br>New York, NY, 10013 | Lyrical Ventures LLC<br>Lyrical Ventures LLC, c/o Jon Rosenberg<br>241-5 Centre Street, 3rd Floor<br>New York, NY 10013 | Lyrical Ventures LLC, c/o Jon Rosenberg<br>241-5 Centre Street, 3rd Floor<br>New York, NY 10013 |
| Manatt, Phelps & Phillips, LLP<br>Attn: Richard McDerby<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067-3119 | Maverick Media<br>1880 Century Park East #950<br>Los Angeles, CA 90067-1612 | Megatrax<br>4450 West Lakeside Drive #380<br>Burbank, CA 91505-4086 |
| Metaphysical Milkshake<br>c/o UTA  Attn: Accounting<br>9336 Civic Center Drive<br>Beverly Hills, CA 90210-3604 | Monkey Spunk Inc.<br>c/o Don Buchwald & Associates<br>10 E 44th St<br>New York, NY 10017-3601 | Network One, LLC<br>5432 Hermitage Ave. #202<br>Valley Village, CA 91607-6114 |
| Nicholas Viall, LLC<br>c/o UTA Attn: Accounting<br>9336 Civic Center Drive<br>Beverly Hills, CA 90210-3604 | Nugget Productions, Inc.<br>c/o UTA Attn: Accounting<br>9336 Civic Center Dr.<br>Beverly Hills, CA 90210-3604 | On Brand with Donny Deutsch<br>FSO Donny Deutsch c/o WME Entertainment<br>9601 Wilshire Blvd 3rd Fl<br>Beverly Hills, CA 90210-5219 |
| One Eyed Dog Inc.<br>c/o Optimism Ent.<br>1600 Rosecrans Ave Bldg. 1A 2nd Fl.<br>Manhattan Beach, CA 90266-3708 | Pineapple Street Studios<br>81 Willoughby St.<br>Suite 801<br>New York, NY 11201-5237 | Rajan Desai<br>c/o Miller Company<br>407 N. Maple Dr. Suite 100<br>Beverly Hills, CA 90210-4274 |
| Rezinate Ent LLC<br>1844 SW 24th Terrace<br>Miami, FL 33145-3838 | Richard Maclean Smith<br>c/o UTA Attn: Accounting<br>9336 Civic Center Dr.<br>Beverly Hills, CA 90210-3604 | Sacker Entertainment Law<br>c/o Scott L. Adair, CPA<br>Provident Financial Management<br>12100 Wil<br>Los Angeles, CA 90025 |

Scott Porch
203 E. 65th St.
Savannah, GA 31405-5308

Star Wars Explained - Alex Damon
1376 Mandalay Ct SW
Lilbum, GA 30047-8930

SupportingCast
2049 Century Park East, Suite 2300
Los Angeles, CA 90067-3125

Theo Von Inc.
c/o Goodfriend & Jacobs
1299 Ocean Ave #333
Santa Monica, CA 90401-1057

Tony Hawk, Inc.
1611-A South Melrose Drive #362
Vista, CA 92081-5407

Triton Digital Inc
312 Walnut Street STE 2800
Cincinnati, OH 45202-4019

Twenty Nine Enterprises
111 West 68th St #2A
New York, NY 10023-5175

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Untitled Entertainment, LLC
200 Park Avenue South 8th Fl
New York, NY 10003-1526

Was it Real?
The Hills Rewatch - Audrina Patridge
13650 Rosecrans Avenue
Santa Fe Springs, CA 90670-5025

Was it Real?
The Hills Rewatch - Brody Jenner
21731 Ventura Blvd Ste 300
Woodland Hills, CA 91364-1851

Was it Real?
The Hills Rewatch - Frankie Delgado
10525 Camarillo St.
Toluca Lake, CA 91602-1527

Was it Real?
The Hills Rewatch - Heidi Montag
c/o Kyell Thomas
1840 Century Park East
Los Angeles, CA 90067-2101

X1T, LLC
c/o Turner Dhillon LLP
Attn: Asha Dhillon
707 Wilshire Blvd, St
Los Angeles, CA 90017-3599

Your Mom and Dad LLC
c/o UTA Attn: Accounting Department
9336 Civic Center Drive
Beverly Hills, CA 90210-3604

Zodiac Heating & Air Conditioning Inc
14411 Gilmore Street
Santa Monica, CA 90401

Leslie A Cohen
Leslie Cohen Law PC
1615-A Montana Ave
Santa Monica, CA 90403-1807

Moriah Douglas Flahaut (TR)
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013-1065