Leslie A. Cohen, Esq. (SBN 93698)
  leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
  jaime@lesliecohenlaw.com
Leslie Cohen Law, P.C.
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone: 310.394-5900
Facsimile: 310.394-9280

Attorneys for Debtor in Possession

**FILED & ENTERED**

**MAY 09 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

*In re*

KAST MEDIA INC.,

  Debtor and
  Debtor in Possession

Case No. 1:24-bk-10396-MB

Chapter 11

**ORDER GRANTING APPLICATION AND AUTHORIZING EMPLOYMENT OF LESLIE COHEN LAW, PC AS BANKRUPTCY COUNSEL**

Date: April 30, 2024
Time:.1:30 p.m.
Courtroom: 303

The hearing on the *Application Of Debtor And Debtor In Possession To Employ Leslie Cohen Law, PC As Bankruptcy Counsel* (the "**Application**") [Docket No. 19] filed by Kast Media, Inc., the chapter 11 Debtor and Debtor-in-Possession (the "**Debtor**"), came on for hearing on April 30, 2024.  Appearances were noted on the record..

Court having considered the Application and notice thereof, and there being no oppositions filed to the Application, and the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefor:

IT IS HEREBY ORDERED AS FOLLOWS:

1.   The Application is GRANTED;

2. The Debtor is authorized to retain Leslie Cohen Law, PC as bankruptcy counsel effective as of March 13, 2024 in accordance with the terms and conditions described in the Application.

###

Date: May 9, 2024

Martin R Barash
United States Bankruptcy Judge