United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-10396-MB |
| Kast Media Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 09, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kast Media Inc., PO Box 8175, Van Nuys, CA 91409-8175 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Gary B Rudolph
    on behalf of Creditor Arcadian Vanguard grudolph@fennemorelaw.com
    bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com

Kathleen A Cashman-Kramer
    on behalf of Creditor Arcadian Vanguard kcashman-kramer@fennemorelaw.com theresam@psdslaw.com

Leslie A Cohen
    on behalf of Debtor Kast Media Inc. leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Moriah Douglas Flahaut (TR)
    douglas.flahaut@arentfox.com C194@ecfcbis.com

Russell Clementson
    on behalf of U.S. Trustee United States Trustee (SV) russell.clementson@usdoj.gov

Samuel R Maizel

| | |
|---|---|
| | on behalf of Creditor Alyx Weiss samuel.maizel@dentons.com alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com |
| Samuel R Maizel | |
| | on behalf of Creditor Ayydubs  LLC samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com |
| United States Trustee (SV) | |
| | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 8

Leslie A. Cohen, Esq. (SBN 93698)
leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
Leslie Cohen Law, P.C.
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone: 310.394-5900
Facsimile: 310.394-9280

Attorneys for Debtor in Possession

**FILED & ENTERED**

MAY 09 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

*In re*

KAST MEDIA INC.,

Debtor and
Debtor in Possession

Case No. 1:24-bk-10396-MB

Chapter 11

**ORDER GRANTING APPLICATION AND AUTHORIZING EMPLOYMENT OF LESLIE COHEN LAW, PC AS BANKRUPTCY COUNSEL**

Date: April 30, 2024
Time:..1:30 p.m.
Courtroom: 303

The hearing on the *Application Of Debtor And Debtor In Possession To Employ Leslie Cohen Law, PC As Bankruptcy Counsel* (the "**Application**") [Docket No. 19] filed by Kast Media, Inc., the chapter 11 Debtor and Debtor-in-Possession (the "**Debtor**"), came on for hearing on April 30, 2024. Appearances were noted on the record..

Court having considered the Application and notice thereof, and there being no oppositions filed to the Application, and the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefor:

IT IS HEREBY ORDERED AS FOLLOWS:

1.    The Application is GRANTED;

2. The Debtor is authorized to retain Leslie Cohen Law, PC as bankruptcy counsel effective as of March 13, 2024 in accordance with the terms and conditions described in the Application.

###

Date: May 9, 2024

Martin R Barash
United States Bankruptcy Judge