Leslie A. Cohen, Esq. (SBN 93698)
    leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
    jaime@lesliecohenlaw.com
Leslie Cohen Law, P.C.
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone: 310.394-5900
Facsimile: 310.394-9280

Attorneys for Debtor in Possession

FILED & ENTERED

MAY 13 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| *In re*<br><br>KAST MEDIA INC.,<br><br><br><br><br><br>                    Debtor and<br>                    Debtor in Possession | Case No. 1:24-bk-10396-MB<br><br>Chapter 11<br><br>**ORDER ON NOTICE OF SETTING INSIDER COMPENSATION**<br><br>Date: April 30, 2024<br>Time:.1:30 p.m.<br>Courtroom: 303 |

The hearing on the *Notice of Setting Insider Compensation* (the "**Notice**") [Docket No. 11] filed by Kast Media, Inc., the chapter 11 Debtor and Debtor-in-Possession (the "**Debtor**"), came on for hearing on April 30, 2024.  Appearances were noted on the record.

The Court having considered the Notice and Opposition filed by Arcadian Vanguard LLC ("**Arcadian**") [Docket No. 26] and the Reply filed by the Debtor, and based on the agreement presented to the Court by the Debtor and Arcadian at the hearing, and the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefor:

1   IT IS HEREBY ORDERED AS FOLLOWS:

2   The Notice is approved as follows:

3       a.      For the months of April, May and June 2024, Colin Thomson is

4   allowed 50% of the compensation requested in the Notice of $180,000 annually or

5   $6,923 every 2 weeks. The 50% payment is also approved for the last 2 weeks in

6   March 2024 after the petition was filed.

7       b.      Mr. Thomson waives the balance of compensation for the March 15 –

8   June 30 time frame above the 50% authorized in paragraph a above.

9       c.      Arcadian reserves the right to object to Mr. Thomson's compensation

10  during the pendency of the chapter 11 only for dates after September 30, 2024; the

11  Debtor and Thomson reserve any and all rights to oppose or respond to any such

12  further objections.

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

        d.     Mr. Thomson will not have any separate interest in any new projects that the Debtor is currently investing in except by virtue of his 99% ownership of the Debtor.

Approved as to form:

FENNEMORE, LLP


_/s/ Gary B. Rudolph_____
Gary B. Rudolph
Attorneys for Arcadian Vanguard LLC




# # #

Date: May 13, 2024

Martin R Barash
United States Bankruptcy Judge

1  Leslie A. Cohen, Esq. (SBN 93698)
       leslie@lesliecohenlaw.com
2  J'aime Williams Kerper, Esq. (SBN 261148)
       jaime@lesliecohenlaw.com
3  Leslie Cohen Law, P.C.
   1615-A Montana Avenue
4  Santa Monica, CA 90403
   Telephone: 310.394-5900
5  Facsimile: 310.394-9280

6  Attorneys for Debtor in Possession

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11                                    )
   *In re*                            )    Case No. 1:24-bk-10396-MB
12                                    )
   KAST MEDIA INC.,                   )    Chapter 11
13                                    )
                                      )    **ORDER ON NOTICE OF SETTING**
14                                    )    **INSIDER COMPENSATION**
                                      )
15                                    )    Date: April 30, 2024
                                      )    Time:.1:30 p.m.
16             Debtor and             )    Courtroom: 303
               Debtor in Possession   )
17                                    )
                                      )
18  _____)

19

20

21        The hearing on the *Notice of Setting Insider Compensation* (the "**Notice**) [Docket

22  No. 11] filed by Kast Media, Inc., the chapter 11 Debtor and Debtor-in-Possession (the

23  "**Debtor**"), came on for hearing on April 30, 2024.  Appearances were noted on the record.

24        The Court having considered the Notice and Opposition filed by Arcadian Vanguard

25  LLC ("**Arcadian**") [Docket No. 26] and the Reply filed by the Debtor, and based on the

26  agreement presented to the Court by the Debtor and Arcadian at the hearing, and the

27  Court finding notice of this matter is appropriate under the circumstances and good cause

28  appearing therefor:

1   IT IS HEREBY ORDERED AS FOLLOWS:

2   The Notice is approved as follows:

3       a.   For the months of April, May and June 2024, Colin Thomson is

4   allowed 50% of the compensation requested in the Notice of $180,000 annually or

5   $6,923 every 2 weeks. The 50% payment is also approved for the last 2 weeks in

6   March 2024 after the petition was filed.

7       b.   Mr. Thomson waives the balance of compensation for the March 15 –

8   June 30 time frame above the 50% authorized in paragraph a above.

9       c.   Arcadian reserves the right to object to Mr. Thomson's compensation

10  during the pendency of the chapter 11 only for dates after September 30, 2024; the

11  Debtor and Thomson reserve any and all rights to oppose or respond to any such

12  further objections.

13      d.   Mr. Thomson will not have any separate interest in any new projects

14  that the Debtor is currently investing in except by virtue of his 99% ownership of the

15  Debtor.

16  Approved as to form:

17

18  FENNEMORE, LLP

19

20  _____
    Gary B. Rudolph
21  Attorneys for Arcadian Vanguard LLC

22

23

24                        # # #

25

26

27

28