United States Bankruptcy Court

Central District of California

In re:                                                                                                Case No. 24-10396-MB

Kast Media Inc.                                                                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 13, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

**Recip ID              Recipient Name and Address**
db                      +  Kast Media Inc., PO Box 8175, Van Nuys, CA 91409-8175

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2024                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:**

**Name                              Email Address**

Gary B Rudolph

      on behalf of Creditor Arcadian Vanguard grudolph@fennemorelaw.com
bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com

Kathleen A Cashman-Kramer

      on behalf of Creditor Arcadian Vanguard kcashman-kramer@fennemorelaw.com  theresam@psdslaw.com

Leslie A Cohen

      on behalf of Debtor Kast Media Inc. leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Moriah Douglas Flahaut (TR)

      douglas.flahaut@arentfox.com  C194@ecfcbis.com

Russell Clementson

      on behalf of U.S. Trustee United States Trustee (SV) russell.clementson@usdoj.gov

Samuel R Maizel

District/off: 0973-1                       User: admin                                      Page 2 of 2

Date Rcvd: May 13, 2024                    Form ID: pdf042                                Total Noticed: 1

on behalf of Creditor Alyx Weiss samuel.maizel@dentons.com
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel

on behalf of Creditor Ayydubs  LLC samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com

United States Trustee (SV)

ustpregion16.wh.ecf@usdoj.gov

TOTAL: 8

1 | Leslie A. Cohen, Esq. (SBN 93698)
    leslie@lesliecohenlaw.com
2 | J'aime Williams Kerper, Esq. (SBN 261148)
    jaime@lesliecohenlaw.com
3 | Leslie Cohen Law, P.C.
1615-A Montana Avenue
4 | Santa Monica, CA 90403
Telephone: 310.394-5900
5 | Facsimile: 310.394-9280

6 | Attorneys for Debtor in Possession

**FILED & ENTERED**

**MAY 13 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SAN FERNANDO VALLEY DIVISION**

11 | *In re*                      )   Case No. 1:24-bk-10396-MB

12 | KAST MEDIA INC.,          )   Chapter 11

13 |                           )   **ORDER ON NOTICE OF SETTING
INSIDER COMPENSATION**

14

15 |                           )   Date: April 30, 2024
                            )   Time:.1:30 p.m.

16 |            Debtor and         )   Courtroom: 303

17 |            Debtor in Possession  )

18 |                          )

19

20

21 |     The hearing on the *Notice of Setting Insider Compensation* (the "**Notice**") [Docket

22 | No. 11] filed by Kast Media, Inc., the chapter 11 Debtor and Debtor-in-Possession (the

23 | "**Debtor**"), came on for hearing on April 30, 2024.  Appearances were noted on the record.

24 |     The Court having considered the Notice and Opposition filed by Arcadian Vanguard

25 | LLC ("**Arcadian**") [Docket No. 26] and the Reply filed by the Debtor, and based on the

26 | agreement presented to the Court by the Debtor and Arcadian at the hearing, and the

27 | Court finding notice of this matter is appropriate under the circumstances and good cause

28 | appearing therefor:

1    IT IS HEREBY ORDERED AS FOLLOWS:

2    The Notice is approved as follows:

3         a.    For the months of April, May and June 2024, Colin Thomson is

4    allowed 50% of the compensation requested in the Notice of $180,000 annually or

5    $6,923 every 2 weeks. The 50% payment is also approved for the last 2 weeks in

6    March 2024 after the petition was filed.

7         b.    Mr. Thomson waives the balance of compensation for the March 15 –

8    June 30 time frame above the 50% authorized in paragraph a above.

9         c.    Arcadian reserves the right to object to Mr. Thomson's compensation

10    during the pendency of the chapter 11 only for dates after September 30, 2024; the

11    Debtor and Thomson reserve any and all rights to oppose or respond to any such

12    further objections.

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1            d.     Mr. Thomson will not have any separate interest in any new projects

2     that the Debtor is currently investing in except by virtue of his 99% ownership of the

3     Debtor.

4
Approved as to form:
5

6   FENNEMORE, LLP

7

8    /s/ Gary B. Rudolph
Gary B. Rudolph
9   Attorneys for Arcadian Vanguard LLC

10

11

12                                        # # #

13

14

15

16

17

18

19

20

21

22

23
Date: May 13, 2024

24                    Martin R Barash
United States Bankruptcy Judge
25

26

27

28

1  Leslie A. Cohen, Esq. (SBN 93698)
       leslie@lesliecohenlaw.com
2  J'aime Williams Kerper, Esq. (SBN 261148)
       jaime@lesliecohenlaw.com
3  Leslie Cohen Law, P.C.
   1615-A Montana Avenue
4  Santa Monica, CA 90403
   Telephone: 310.394-5900
5  Facsimile: 310.394-9280

6  Attorneys for Debtor in Possession

7

8                UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10               SAN FERNANDO VALLEY DIVISION

11                                    )
   *In re*                            )   Case No. 1:24-bk-10396-MB
12                                    )
   KAST MEDIA INC.,                   )   Chapter 11
13                                    )
14                                    )   **ORDER ON NOTICE OF SETTING**
                                      )   **INSIDER COMPENSATION**
15                                    )
                                      )   Date: April 30, 2024
16            Debtor and              )   Time:.1:30 p.m.
              Debtor in Possession    )   Courtroom: 303
17                                    )
                                      )
18  _____)

19

20

21        The hearing on the *Notice of Setting Insider Compensation* (the "**Notice**) [Docket

22  No. 11] filed by Kast Media, Inc., the chapter 11 Debtor and Debtor-in-Possession (the

23  "**Debtor**"), came on for hearing on April 30, 2024.  Appearances were noted on the record.

24        The Court having considered the Notice and Opposition filed by Arcadian Vanguard

25  LLC ("**Arcadian**") [Docket No. 26] and the Reply filed by the Debtor, and based on the

26  agreement presented to the Court by the Debtor and Arcadian at the hearing, and the

27  Court finding notice of this matter is appropriate under the circumstances and good cause

28  appearing therefor:

IT IS HEREBY ORDERED AS FOLLOWS:

The Notice is approved as follows:

    a.    For the months of April, May and June 2024, Colin Thomson is allowed 50% of the compensation requested in the Notice of $180,000 annually or $6,923 every 2 weeks. The 50% payment is also approved for the last 2 weeks in March 2024 after the petition was filed.

    b.    Mr. Thomson waives the balance of compensation for the March 15 – June 30 time frame above the 50% authorized in paragraph a above.

    c.    Arcadian reserves the right to object to Mr. Thomson's compensation during the pendency of the chapter 11 only for dates after September 30, 2024; the Debtor and Thomson reserve any and all rights to oppose or respond to any such further objections.

    d.    Mr. Thomson will not have any separate interest in any new projects that the Debtor is currently investing in except by virtue of his 99% ownership of the Debtor.

Approved as to form:

FENNEMORE, LLP


_____
Gary B. Rudolph
Attorneys for Arcadian Vanguard LLC



### #