| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A Cohen(SBN 93698)<br>leslie@lesliecohenlaw.com<br>Jaime Williams Kerper (SBN 261148)<br>jaime@lesliecohenlaw.com<br>LESLIE COHEN LAW PC<br>1615-A Montana Avenue<br>Santa Monica, CA 90403<br>T: 310.394.5900<br>F: 310.394.9280<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>KAST MEDIA INC | CASE NO.: 1:24-bk-10396-MB<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>Motion To Approve Compromise With Soundstack, Inc. Pursuant To Federal Rule Of Bankruptcy Procedure 9019 |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled  Order Granting Motion To Approve Compromise With Soundstack, Inc. Pursuant To Federal Rule Of Bankruptcy Procedure 9019

was lodged on (*date*) 06/06/2024  and is attached. This order relates to the motion which is docket number 39.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

Leslie A. Cohen, Esq. (SBN 93698)
  leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
  jaime@lesliecohenlaw.com
Leslie Cohen Law, P.C.
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone: 310.394-5900
Facsimile: 310.394-9280

Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>KAST MEDIA INC.,<br><br>Debtor and<br>Debtor in Possession | Case No. 1:24-bk-10396-MB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO APPROVE COMPROMISE WITH SOUNDSTACK, INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Date: May 28, 2024<br>Time: 1:30 p.m.<br>Courtroom: 303 |

The Debtors' *Motion To Approve Compromise With Soundstack, Inc. Pursuant To Federal Rule Of Bankruptcy Procedure 9019* (the "**Motion**") [Docket No. 39] came on for hearing on May 28, 2024.  Appearances were noted on the record.

The Court having considered the Motion, the opposition and reply on file, and considering the record in this case and arguments made at the hearing, and the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefor;

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is GRANTED and all objections are overruled.
2. The Settlement Agreement attached to the Motion, and all terms thereof, is approved.
3. The parties are authorized and directed to take any and all steps necessary to consummate the terms and conditions of the Settlement as described in the Motion and Settlement Agreement.

### #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1615-A Montana Avenue, Santa Monica, CA 90403

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/06/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Kathleen A Cashman-Kramer    kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com
Russell Clementson    russell.clementson@usdoj.gov
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
Asha Dhillon    asha.dhillon@turnerdhillon.com
Moriah Douglas Flahaut (TR)    douglas.flahaut@arentfox.com, C194@ecfcbis.com
Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
Gary B Rudolph    grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 06/06/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/06/2024 | Clare Hendricks | /s/ Clare Hendricks |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**