LESLIE A. COHEN, ESQ. (SBN: 93698)
J'AIME WILLIAMS KERPER, ESQ. (SBN 261148)
LESLIE COHEN LAW, PC
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone: (310) 394-5900
Facsimile: (310) 394-9280
Email:     leslie@lesliecohenlaw.com
           jaime@lesliecohenlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>KAST MEDIA, INC,<br><br>　　　　　Debtor. | Case No. 1:24-bk-10396-MB<br><br>Chapter 11<br><br>**STIPULATION RESOLVING MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY TO NON-DEBTOR DEFENDANT TO ARBITRATION**<br><br>Date: June 28, 2024<br>Time: 1:30 p.m.<br>Courtroom: 303 |

　　This (the "**Stipulation**") is entered into by and between X1T, LLC ("**X1T**") and Debtor Kast Media Inc. (the "**Debtor**" and with the X1T, the "**Parties**") premised upon the following:

**RECITALS**

---

**STIPULATION**

WHEREAS on March 13, 2024, the Debtor commenced this reorganization case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Central District of California;

WHEREAS a stay is in effect as to X1T's claims against Debtor in the JAMS arbitration entitled *X1T, LLC v. Kast Media, LLC and Colin Thomson* (JAMS Case No. 522001331);

WHEREAS on April 26, 2024, the Debtor filed its *Motion For Order Extending The Automatic Stay To Non-Debtor Defendant To Arbitration* ("**Motion**") [Docket No. 43] seeking an extension of the automatic stay to the Debtor's principal, Colin Thomson ("**Thomson**");

WHEREAS X1T filed itsobjection to the Motion ("**Objection**") [Docket No. 57];

WHEREAS the Court set a continued hearing on the Motion for June 28, 2024 and instructed the Parties to file additional briefing, which the Debtor filed at Docket No 72;.

WHEREAS before X1T's supplemental brief was due, X1T and Thomson reached a settlement;

WHEREAS the X1T'ssettlement with Thomson renders the relief sought in the Motion moot.

**STIPULATION**

NOW THEREFORE, it is hereby stipulated and agreed by and between the Parties that:

1. The Motion shall be withdrawn as moot, without prejudice.
2. The scheduled hearing on the Motion may be taken off calendar.
3. This Stipulation may be executed in counterparts, which shall be considered together as a single document. Furthermore, this Stipulation may be executed by facsimile copy or pdf, and facsimile or pdf signatures will be treated as original signatures.

IT IS SO STIPULATED

```
                                        Respectfully submitted,

                                        TURNER DHILLON LLP


Dated: June 26, 2024                    By: _____
                                            Asha Dhillon
                                        Attorneys for X1T LLC




                                        LESLIE COHEN LAW PC
                                        Leslie Cohen
                                        J'aime Williams Kerper




Dated: June 26, 2024                    By:  /s/ Leslie Cohen
                                            Leslie Cohen
                                        Attorneys for Debtor
```

**STIPULATION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1615-A Montana Avenue, Santa Monica, CA 90403

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY TO NON-DEBTOR DEFENDANT TO ARBITRATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___06/26/2024___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathleen A Cashman-Kramer    kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com
Russell Clementson    russell.clementson@usdoj.gov
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
Asha Dhillon    asha.dhillon@turnerdhillon.com
Moriah Douglas Flahaut (TR)    douglas.flahaut@arentfox.com, C194@ecfcbis.com
Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
Gary B Rudolph    grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/26/2024____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/26/2024 | Clare Hendricks | /s/ Clare Hendricks |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                        F 9013-3.1.PROOF.SERVICE