Leslie A. Cohen, Esq. (SBN 93698)
   leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
   jaime@lesliecohenlaw.com
Leslie Cohen Law, P.C.
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone: 310.394-5900
Facsimile: 310.394-9280

Attorneys for Debtor in Possession

**FILED & ENTERED**

**JUN 26 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Pgarcia  **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

*In re*

KAST MEDIA INC.,

              Debtor and
              Debtor in Possession

Case No. 1:24-bk-10396-MB

Chapter 11

**ORDER APPROVING STIPULATION RESOLVING MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY TO NON-DEBTOR DEFENDANT TO ARBITRATION**

Date: June 28, 2024
Time: 1:30 p.m.
Courtroom: 303

The Court having considered the *Stipulation Resolving Motion For Order Extending The Automatic Stay To Non-Debtor Defendant To Arbitration* (the "**Stipulation**"), and the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefore:

1. **IT IS HEREBY ORDERED** that: The Stipulation is approved in its entirety.
2. The *Motion For Order Extending The Automatic Stay To Non-Debtor Defendant To Arbitration* ("**Motion**") [Docket No. 43] is deemed withdrawn as moot, without prejudice.
3. The hearing on the Motion currently scheduled for June 28, 2024 is hereby taken off calendar.

###

Date: June 26, 2024

Martin R Barash
United States Bankruptcy Judge