United States Bankruptcy Court

Central District of California

In re:                                                                                             Case No. 24-10396-MB

Kast Media Inc.                                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1                          User: admin                                          Page 1 of 2
Date Rcvd: Jul 12, 2024                       Form ID: pdf042                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kast Media Inc., PO Box 8175, Van Nuys, CA 91409-8175 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2024                            Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

**Name**                                     **Email Address**

Asha Dhillon
    on behalf of Creditor X1T LLC asha.dhillon@turnerdhillon.com

Gary B Rudolph
    on behalf of Creditor Arcadian Vanguard grudolph@fennemorelaw.com
    bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com

Kathleen A Cashman-Kramer
    on behalf of Creditor Arcadian Vanguard kcashman-kramer@fennemorelaw.com  theresam@psdslaw.com

Leslie A Cohen
    on behalf of Debtor Kast Media Inc. leslie@lesliecohenlaw.com  jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Moriah Douglas Flahaut (TR)
    douglas.flahaut@arentfox.com  C194@ecfcbis.com

Russell Clementson

| District/off: 0973-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 12, 2024 | Form ID: pdf042 | Total Noticed: 1 |

    on behalf of U.S. Trustee United States Trustee (SV) russell.clementson@usdoj.gov

Samuel R Maizel

    on behalf of Creditor Ayydubs  LLC samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel

    on behalf of Creditor Alyx Weiss samuel.maizel@dentons.com
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com

United States Trustee (SV)

    ustpregion16.wh.ecf@usdoj.gov

TOTAL: 9

Gary B. Rudolph, CA State Bar No. 101921
Kathleen A. Cashman-Kramer, CA State Bar No. 128861
**FENNEMORE LLP**
600 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 233-4100 / Fax: (619) 231-4372
grudolph@fennemorelaw.com

Attorneys for Creditor
Arcadian Vanguard LLP

**FILED & ENTERED**

**JUL 11 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Pgarcia    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY

## DIVISION

| | |
|---|---|
| In Re: KAST MEDIA, INC., <br><br>        Debtor | Case No. 1:24-bk-10396-MB <br><br> Chapter 11 <br><br> **ORDER APPROVING STIPULATION FOR DEBTOR'S F.R.B.P. RULE 2004 PRODUCTION OF DOCUMENTS AND CONDUCT F.R.B.P. RULE 2004 EXAMINATION OF COLIN THOMSON [ECF # 82]** <br><br> **[NO HEARING REQUIRED]** <br><br> Dept:   Suite 342/Courtroom 303 <br> Judge:  Honorable Martin R. Barash |

Upon consideration of the Stipulation For Debtor's F.R.B.P. Rule 2004 Production Of Documents And Conduct F.R.B.P. Rule 2004 Examination Of Colin Thomson ("Stipulation") (ECF #82) filed on July 3, 2024 in the above-captioned bankruptcy case and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

---

ORDER GRANTING EX PARTE APPLICATION BY CREDITOR ARCADIAN VANGUARD LLC FOR ISSUANCE OF SUBPOENAS TO THIRD PARTY WITNESSES FOR PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004
KCASHMAN-KRAMER/49576441.1/068327.0001

2. On or before July 15, 2024 at 9:00 a.m., the Debtor shall electronically produce the documents enumerated in the Stipulation to Gary Rudolph, grudolph@fennemorelaw.com and Stephen, steve@newlawoffice.com. Thereafter, the parties further agree that the F.R.B.P. Rule 2004 examination of Colin Thomson will commence on August 1, 2024, at 10:00 a.m. at Leslie Cohen Law Office, PC, 1615-A Montana Ave., Santa Monica, CA 90403. The examination will be in person before a certified shorthand court reporter and will be limited to 7 hours.

3. If new 2004 discovery requests of the Debtor result during discovery, Arcadian can file a subsequent application for 2004 requests and the Debtor can file its opposition. Further nothing herein prevents Arcadian from conducting discovery via subpoena of third parties.

4. This Order is without prejudice to Applicant's right to file further applications seeking additional documents or testimony under Federal Bankruptcy Rule of 2004(a) or any other applicable Bankruptcy rules and/or statutes.

5. This Court shall retain jurisdiction to resolve any dispute arising from or related to this Order, including any discovery disputes that may arise between or among the parties, and to interpret, implement, and otherwise enforce the provisions of this Order.

###

Date: July 11, 2024

Martin R Barash
United States Bankruptcy Judge

- 2 -

ORDER GRANTING EX PARTE APPLICATION BY CREDITOR ARCADIAN VANGUARD LLC FOR ISSUANCE OF SUBPOENAS TO THIRD PARTY WITNESSES FOR PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004