**FENNEMORE LLP**
Gary B. Rudolph, Bar No. 101921
Kathleen A. Cashman-Kramer, Bar No. 128861
600 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 233-4100 / Fax: (619) 231-4372
grudolph@fennemorelaw.com

Attorneys for Creditor Arcadian Vanguard LLP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re: KAST MEDIA, INC., <br><br> Debtor | Case No. 1:24-bk-10396-MB <br><br> Chapter 11 <br><br> **EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(b)(4); POINTS AND AUTHORITIES IN SUPPORT** <br><br> Hearing date and time: None required <br> Dept: Suite 342/Courtroom 303 <br> Judge: Honorable Martin R. Barash |

**TO THE HONORABLE MARTIN R. BARASH, U.S. BANKRUPTCY COURT JUDGE AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Creditor Arcadian Vanguard (hereinafter referred to as "Applicant"), through its attorneys, Fennemore LLP, hereby applies

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(B)(4); POINTS AND AUTHORITIES IN SUPPORT

KCASHMAN-KRAMER/49854507.2/068327.0001

1  for an Order authorizing the issuance of an order Permitting Depositions Of Third
2  Party Witnesses In Contested Matter To Proceed Remotely Under F.R.C.P. Rule
3  30(B)(4) in this contested matter for certain third party witnesses doing pre-petition
4  business with the Debtor Kast Media, Inc. ("Debtor"). In support thereof, Applicant
5  respectfully represents:

## RELIEF SOUGHT

Applicant spent close to 8 weeks meeting and conferring, and reducing to writing, Applicant's request to take the Rule 2004 examination of the Debtor, in order to comply with the applicable Local Rules and for the production of documents. See ECF Nos. 82, 83, 84 and 85 in this case. The Rule 2004 examination of Debtor's principal and 99% shareholder Colin Thomson took place on August 1, 2024.[1]

Debtor admitted on August 1, 2024 that this is a contested matter. See the Debtor's opposition filed August 1, 2924 (ECF No. 95), at p. 2, ll. 26-27 where the Debtor admits that there is a contested matter as between it and Arcadian. (Based upon this, Arcadian withdrew its request for an order under Rule 2004 due to the pendency of a contested matter. See ECF No. 96 filed August 5, 5054.)

As a result, and based upon facts adduced during the August 1, 2024 deposition of Mr. Thomson, Applicant seeks to depose certain third parties in order to assist it and others to evaluate the Debtor's assets, financial affairs and propriety as to management, fraudulent transfers, and determine claims necessary to help determine feasibility of the Debtor's proposed plan. The deadline to oppose the Debtor's plan is September 6, 2024. The third parties which Applicant proposes to depose in this case are located in multiple states, as follows:

/ / /

---

[1] Debtor produced certain documents on July 15, 2024; Applicant is awaiting access to additional documents to which the parties have agreed. See Stipulation filed August 6, 2024 (ECF #97).

- 2 -

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(B)(4); POINTS AND AUTHORITIES IN SUPPORT

KCASHMAN-KRAMER/49854507.2/068327.0001

1. Podcast One, Inc., Serve its Registered Agent 1505 Corporation, VCORP Agent Services, Inc., 108 W. 13TH Street, Suite 100, Wilmington DE 19801 (PodcastOne, Inc. has an office in California at 335 North Maple Drive, Suite 127, Beverly Hills, CA 90210, but does not appear to have designated a California agent for service of process within this state)

2. Michael Calabretta   3440 NW 82nd Street, Miami, FL 33147

3. Analina Acosta, 17860 W. Dixie Hwy North  Miami Beach, FL, 33160

4. Erik Wissing  3159 Black Hills Ct., Westlake Village, CA 91362

5. Emily Pender 843 18th St., Apt. 7 Santa Monica, CA 90403-1974

6. Howard Elyashar, Elyashar Consulting, 18345 Ventura Blvd Suite 500, Tarzana, CA 91356

By way of background the Debtor entered into a significant pre-petition agreement dated November 2, 2023 with Podcast One, on which the Debtor appears to rely for much of its projected income, but the Debtor refuses to produce anything regarding this relationship except for the contract.

The five individuals listed above are all either bookkeepers or accountants, acknowledged by the Debtor, that kept the Debtor's books and records and/or prepared and filed the Debtor's tax returns.

Under the circumstances of this case, Applicant submits that the depositions are important, relevant and necessary and, due to the timing vis-à-vis the upcoming plan deadlines, the most expeditious way to conduct the examinations is virtually, by Zoom, and it is this relief sought in this Application.

## FACTUAL BACKGROUND

On March 13, 2024 a voluntary petition under Chapter 11, Subchapter V of the Bankruptcy Code (11 U.S.C. § 101 et seq.) was by the Debtor in this Court.

## LEGAL BASIS FOR THE RELIEF SOUGHT

F.R. Bankr. P. 9014, provides in pertinent part: "In a contested matter in a

- 3 -
FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(B)(4); POINTS AND AUTHORITIES IN SUPPORT
KCASHMAN-KRAMER/49854507.2/068327.0001

case under the Code ... unless the court otherwise directs, the following rules shall apply: Rule 7021, 7025, 7026, 7028–37, 7041, 7042, 7052, 7054–56, 7062, 7064, 7069, and 7071." See also In re Subpoena Duces Tecum, 461 B.R., 823, 831-32 (B.Ct. CD Cal 2011), appeal dismissed for lack of subject matter jurisdiction, In re Luna, 2011 WL 7140067, *2 (August 1, 2011) [once a contested matter has been established, an order allowing issuance of a subpoena under Rule 2004 is no longer necessary; see In re Dinubilo, 177 B.R. 932, 941 (D.Ct. ED Cal. 1993)] ("... a Rule 2004 examination is normally employed at the pre-litigation stage of a bankruptcy case. Once a contested matter is pending, discovery requests are granted under Rule 9014 ..."); See also COLLIER ON BANKRUPTCY ¶ 2004.01 [1] (the 2004 examination procedure clearly contemplates the absence of litigation).

As the Debtor has confirmed, this is a contested matter and, as such, Rule 30 of the Federal Rules of Civil Procedure apply. Specifically,

>  (3) Method of Recording.
>
>  (A) Method Stated in the Notice. The party who notices the deposition must state in the notice the method for recording the testimony. Unless the court orders otherwise, testimony may be recorded by audio, audiovisual, or stenographic means. The noticing party bears the recording costs. Any party may arrange to transcribe a deposition.
>
>  (B) Additional Method. With prior notice to the deponent and other parties, any party may designate another method for recording the testimony in addition to that specified in the original notice. That party bears the expense of the additional record or transcript unless the court orders otherwise.
>
>  (4) By Remote Means. The parties may stipulate--or the court may on motion order--that a deposition be taken by telephone or other remote means. For the purpose of this rule and Rules 28(a), 37(a)(2), and 37(b)(1), the deposition takes place where the deponent answers the questions.

- 4 -

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(B)(4); POINTS AND AUTHORITIES IN SUPPORT
KCASHMAN-KRAMER/49854507.2/068327.0001

Due to the timing – the pendency of a subchapter V plan – and current deadlines set by the Court, Applicant submits that proceeding to take the aforementioned depositions remotely would serve the best interests of all, and would certainly preserve precious estate resources and reduce attorneys fees and costs for all involved – including the third party deponents. This is confirmed in the accompanying declaration of Gary B. Rudolph ("Rudolph Decl.")

Applicant is an interested party as one of the 20 largest creditors in this case. The information which Applicant seeks by way of subpoena is from third parties identified by the Debtor, who have information relevant to this case. Applicant – and indeed any creditor - has the right to examine records related to the financial affairs of the Debtor in the hands of the identified third parties in order to assist, evaluate and substantiate Debtor's relief and regarding its financial condition, feasibility of proposing a plan, disposition of assets and/or fraudulent transfers, etc. It is essential for Applicant to have access to the documents and items listed in the attachment to the subpoena for inspection and copying prior to the confirmation hearing and status conferences. To the extent no documents exists for a particular category, it is sufficient for the third party witness to respond in writing under penalty of perjury that no documents exist/not in his/her/its possession, custody, or control.

## **CONCLUSION**

WHEREFORE, Applicant respectfully requests this Court to enter an Order permitting Applicant to depose the above-identified third party witnesses remotely, and grant such other and further relief as is just and proper.

Dated:  August 8, 2024                FENNEMORE LLP

                                      BY:/S/ GARY B. RUDOLPH
                                      Gary B. Rudolph
                                      Attorneys for Creditor Arcadian Vanguard

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(B)(4); POINTS AND AUTHORITIES IN SUPPORT
KCASHMAN-KRAMER/49854507.2/068327.0001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

600 B Street, Suite 1700 San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*):

**EX PARTE APPLICATION FOR ORDER FOR ISSUANCE OF SUBPOENAS FOR DOCUMENT PRODUCTION ONLY TO THIRD-PARTY WITNESSES TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 2004; POINTS AND AUTHORITIES IN SUPPORT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 8, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kathleen A Cashman-Kramer    kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com**
- **Russell Clementson    russell.clementson@usdoj.gov**
- **Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com**
- **Asha Dhillon    asha.dhillon@turnerdhillon.com**
- **Moriah Douglas Flahaut (TR)    douglas.flahaut@arentfox.com, C194@ecfcbis.com**
- **Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com**
- **Gary B Rudolph    grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)
I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

N/A

- 6 -

EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(B)(4); POINTS AND AUTHORITIES IN SUPPORT

KCASHMAN-KRAMER/49854507.2/068327.0001

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 8, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| |
|---|
| Michael Calabretta<br>3440 NW 82nd Street<br>Miami, FL 33147 |
| Erik Wissing<br>3159 Black Hills Ct.<br>Westlake Village, CA 91362 |
| Analina Acosta<br>17860 W. Dixie Hwy North<br>Miami Beach, FL, 33160 |
| Emily Pender<br>843 18th St., Apt. 7<br>Santa Monica, CA  90403-1974 |
| Podcast One, Inc.<br>C/O Registered Agent –<br>108 W. 13TH STREET SUITE 100<br>WILMINGTON DE 19801 |
| PodCast One, Inc.<br>335 North Maple Drive, Suite 127<br>Beverly Hills, CA 90210 |
| Howard Elyashar<br>Elyashar Consulting<br>18345 Ventura Blvd Suite 500<br>Tarzana, CA 91356 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/08/2024 | Laurel Dinkins | */s/ Laurel Dinkins* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 7 -

EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(B)(4); POINTS AND AUTHORITIES IN SUPPORT

KCASHMAN-KRAMER/49854507.2/068327.0001