**FENNEMORE LLP**
Gary B. Rudolph, Bar No. 101921
Kathleen A. Cashman-Kramer, Bar No. 128861
600 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 233-4100 /
Fax: (619) 231-4372
grudolph@fennemorelaw.com

Attorneys for Creditor, Arcadian Vanguard LLC

**STEPHEN NEW & ASSOCIATES**
Stephen P. New, West Virginia Bar No. 7756 - *Pro Hac Vice*
430 Harper Park Dr
Beckley, WV 25801
Telephone: (304) 250-6017

Attorneys for Creditor, Arcadian Vanguard LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA (SAN FERNANDO VALLEY)

| | |
|---|---|
| In Re:<br><br>KAST MEDIA, INC., fka Kast Media LLC, aka Sight Reading Academy, aka Kast,<br><br>                Debtor. | Case No. 1:24-bk-10396-MB<br><br>Chapter 11<br><br>**DECLARATION OF GARY B. RUDOLPH IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO TAKE DEPOSITIONS OF THIRD PARTIES IN CONTESTED MATTER REMOTELY**<br><br>Dept.:    303<br>Judge:   Hon. Martin R. Barash |

I, Gary B. Rudolph, herby declare under penalty of perjury:

1. I am an individual over the age of majority, I have personal knowledge of the matters contained herein, and I am competent to testify as to the facts set forth in this declaration. If called upon to testify, I could and would testify to the facts set forth in this declaration.

2. I am an attorney at law, duly admitted to practice before this Court. I am a Director of Fennemore Craig PC, and practice in California as an employee of Fennemore LLP ("Fennemore"). Fennemore is counsel of record for creditor and party in interest Arcadian Vanguard LLC ("Arcadian Vanguard") and I am

1  authorized to make this declaration on its behalf.

2      3.    I submit this declaration in support of the ex parte applications on behalf
3  of Arcadian Vanguard ("Applicant") For An Order To Take Depositions Of Third
4  Parties In Contested Matter Remotely.

5      4.    As I stated in my declaration filed July 29, 2024 (ECF #94-1), on July
6  12, 2024, I sent an email to Leslie Cohen, counsel for the Debtor in this case,
7  describing the scope of the 2004 request to third parties, and that my office, on behalf
8  of Arcadian Vanguard, would seek permission for such subpoenas by way of an Ex
9  Parte Application. This request contained the list of those persons or companies to
10 whom subpoenas would be served, all of which were either identified in the Debtor's
11 schedules or other filings as having information relative to the Debtor's business. I
12 resent this list to Ms. Cohen on July 16, 2024 with some modification. Thereafter,
13 on July 17, 2024 I sent to Ms. Cohen a list of the documents the third parties would
14 be requested to produce (if they had any of them). On July 19, 2024 I followed up
15 with her by email.

16     5.    Applicant spent close to 8 weeks meeting and conferring, and reducing
17 to writing, Applicant's request to take the Rule 2004 examination of the Debtor, in
18 order to comply with the applicable Local Rules, for the production of documents
19 from the Debtor. See ECF Nos. 82, 83, 84 and 85 in this case. The Rule 2004
20 examination of Debtor's principal and 99% shareholder Colin Thomson took place
21 on August 1, 2024.[1] I was in attendance remotely.

22     6.    Debtor admitted on August 1, 2024 that this is a contested matter. See
23 the Debtor's opposition filed August 1, 2924 (ECF No. 95), at p. 2, ll. 26-27 where
24 the Debtor admits that there is a contested matter as between it and Arcadian. (Based
25 upon this, Arcadian withdrew its request for an order under Rule 2004 due to the
26 pendency of a contested matter. See ECF No. 96 filed August 5, 5054.)

27

28 [1] Debtor produced certain documents on July 15, 2024; Applicant is awaiting access to additional documents to which the parties have agreed. See Stipulation filed August 6, 2024 (ECF #97).

- 2 -

7. As a result, and based upon facts adduced during the August 1, 2024 deposition of Mr. Thomson, Applicant seeks to depose certain third parties in order to assist it and others to evaluate the Debtor's assets, financial affairs and propriety as to management, fraudulent transfers, and determine claims necessary to help determine feasibility of the Debtor's proposed plan. The deadline to oppose the Debtor's plan is September 6, 2024. The third parties which Applicant proposes to depose in this case are located in multiple states, as follows:

1. Podcast One, Inc., Serve its Registered Agent 1505 Corporation, VCORP Agent Services, Inc., 108 W. 13TH Street, Suite 100, Wilmington DE 19801 (PodcastOne, Inc. has an office in California at 335 North Maple Drive, Suite 127, Beverly Hills, CA 90210, but does not appear to have designated a California agent for service of process within this state)

2. Michael Calabretta   3440 NW 82nd Street, Miami, FL 33147

3. Analina Acosta, 17860 W. Dixie Hwy North  Miami Beach, FL, 33160

4. Erik Wissing  3159 Black Hills Ct., Westlake Village, CA 91362

5. Emily Pender 843 18th St., Apt. 7 Santa Monica, CA  90403-1974

6. Howard Elyashar, Elyashar Consulting, 18345 Ventura Blvd Suite 500, Tarzana, CA 91356

8. By way of background the Debtor entered into a significant pre-petition agreement with Podcast One, dated November 2, 2023, on which the Debtor appears to rely for much of its projected income, but the Debtor refuses to produce anything regarding this relationship except for the contract.

9. In addition, the five individuals listed above are all either bookkeepers or accountants, acknowledged by the Debtor on its schedules and otherwise, that kept the Debtor's books and records and/or prepared and filed the Debtor's tax returns.

10. Under the circumstances of this case, Applicant submits that the depositions are important, relevant and necessary and, due to the timing vis-à-vis the upcoming plan deadlines, the most expeditious way to conduct the examinations is

virtually, by Zoom, and it is this relief sought in this Application. The proposed witnesses are in 3 different states, and 2 different coasts. Examinations by Zoom is cost effective and will save time and expense of the bankruptcy estate, the proposed witnesses and Arcadian.

11. In addition to serving the ECF registered parties, all the proposed witnesses are being served by overnight mail. Also, on August 7, 2024, I sent a courtesy copy to Leslie Cohen, counsel for the Debtor.

Executed this 8th day of August, 2024, under penalty of perjury pursuant to the laws of the United States of America at San Diego, California.

*/s/ Gary B. Rudolph*
Gary B. Rudolph, Esq.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

600 B Street, Suite 1700 San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*):

**DECLARATION OF GARY B. RUDOLPH IN SUPPORT OF EX PARTE APPLICATION TO TAKE DEPOSITIONS OF 3RD PARTIES IN CONTESTED MATTER REMOTELY**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 8, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kathleen A Cashman-Kramer**    kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Asha Dhillon**    asha.dhillon@turnerdhillon.com
- **Moriah Douglas Flahaut (TR)**    douglas.flahaut@arentfox.com, C194@ecfcbis.com
- **Samuel R Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- **Gary B Rudolph**    grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)
I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

N/A

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/08/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| |
|---|
| Michael Calabretta<br>3440 NW 82nd Street<br>Miami, FL 33147 |
| Erik Wissing<br>3159 Black Hills Ct.<br>Westlake Village, CA 91362 |
| Analina Acosta<br>17860 W. Dixie Hwy North<br>Miami Beach, FL, 33160 |
| Emily Pender<br>843 18th St., Apt. 7<br>Santa Monica, CA 90403-1974 |
| Podcast One, Inc.<br>C/O Registered Agent –<br>108 W. 13TH STREET SUITE 100<br>WILMINGTON DE 19801 |
| PodCast One, Inc.<br>335 North Maple Drive, Suite 127<br>Beverly Hills, CA 90210 |
| Howard Elyashar<br>Elyashar Consulting<br>18345 Ventura Blvd Suite 500<br>Tarzana, CA 91356 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/08/2024 | Laurel Dinkins | */s/ Laurel Dinkins* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |