Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone:  (310) 394-5900
Facsimile:  (310) 394-9280

Attorneys for Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO DIVISION**

| | |
|---|---|
| *In re* | Case No. 1:24-bk-10396-MB |
| KAST MEDIA INC. | Chapter 11 |
| Debtor and Debtor in Possession | **AMENDED NOTICE OF:**<br>**1) HEARING ON MOTION FOR CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN**<br>**(2) TIME FIXED FOR DEBTOR'S RECEIPT OF BALLOTS ACCEPTING OR REJECTING PLAN; AND**<br>**(3) TIME FIXED FOR FILING OBJECTIONS TO CONFIRMATION**<br><br>Date: October 1, 2024<br>Time: 1:30 p.m.<br>Via Zoomgov<br><br>Video/audio web address:<br>https://cacb.zoomgov.com/j/1605818071<br>ZoomGov meeting number: 160 581 8071<br>Password: 844755<br>Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666 |

1

TO THE CREDITORS OF THE BANKRUPTCY ESTATE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that a hearing will be held on October 1, 2024 at 1:30 p.m., before the Honorable Martin Barash, United States Bankruptcy Judge, via ZoomGov originating from Courtroom "303" at 21041 Burbank Boulevard, Woodland Hills, CA 91367, to consider confirmation of the Chapter 11 Plan of Reorganization for Subchapter V Debtor (the "**Plan**") [Docket No. 71] filed by Kast Media, Inc. ("**Debtor**"), the debtor and debtor-in-possession in the above-captioned bankruptcy case. A copy of the Plan accompanies this Notice. The ZoomGov connection information appears on the first page of this notice.

**PLEASE TAKE FURTHER NOTICE** that September 6, 2024 is fixed as the last day for filing and serving any objections to confirmation of the Plan, with evidence. Any such objections must be in writing, filed with the Court, and served upon counsel for the Debtor at the address set forth in the upper left-hand corner of the first page of this Notice. The failure to timely file and serve an objection may be deemed by the Court to be consent to Plan confirmation, and any objections and/or evidence that is not timely filed and served may be stricken from the record and may not be considered in determining whether the Plan should be confirmed.

**PLEASE TAKE FURTHER NOTICE** that the last day for returning ballots accepting or rejecting the Plan is September 6, 2024. A copy of the ballot is included with this Notice.

Ballots should be sent by email or fax to**:**

> LESLIE COHEN LAW, PC
> Attention: J'aime Williams Kerper
> jaime@lesliecohenlaw.com
> Facsimile: (310) 394-9280

Any ballots received after September 6, 2024 may not be counted.

**PLEASE MARK YOUR CALENDARS ACCORDINGLY.**

1 | Dated:  August 9, 2024

LESLIE COHEN LAW PC

By     */s/ Leslie A. Cohen*
　　　　　Leslie A. Cohen
Attorneys for Debtor and Debtor in Possession