**FENNEMORE LLP**
Gary B. Rudolph, Bar No. 101921
Kathleen A. Cashman-Kramer, Bar No. 128861
600 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 233-4100 / Fax: (619) 231-4372
grudolph@fennemorelaw.com

Attorneys for Creditor Arcadian Vanguard LLC

**STEPHEN NEW & ASSOCIATES**
Stephen P. New, (West Virginia SBN 7756), Pro Hac Vice
430 Harper Park Dr
Beckley, WV 25801
Telephone: (304) 250-6017

Attorneys for creditor, Arcadian Vanguard LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re: KAST MEDIA, INC., <br><br> Debtor | Case No. 1:24-bk-10396-MB <br><br> Chapter 11 <br><br> **WITHDRAWAL OF EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(b)(4) [ECF #104]** <br><br> Hearing date and time: None required <br> Dept:    Suite 342/Courtroom 303 <br> Judge:   Honorable Martin R. Barash |

**TO THE HONORABLE MARTIN R. BARASH, U.S. BANKRUPTCY COURT JUDGE AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Creditor and party in interest Arcadian Vanguard LLC (hereinafter "Applicant"), through its attorneys, Fennemore LLP,

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

WITHDRAWAL OF EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(B)(4) [ECF #104]

KCASHMAN-KRAMER/49918027.1/068327.0001

hereby withdraws its ex parte application for an Order Permitting Depositions Of Third Party Witnesses In Contested Matter To Proceed Remotely Under F.R.C.P. Rule 30(b)(4) [ECF #104], for the following reasons: Because the Debtor's schedules contained incorrect addresses for certain of the third parties, Applicant has been unable to serve them. Further, despite requests by Applicant's counsel to Debtor's counsel to supply correct addresses, Debtor has not done so. However, Applicant has been able to locate and serve two (2) of the third party witnesses personally. As a result, those depositions have been scheduled. Pursuant to FRCP Rule 30 (b) (4) applicable herein by FRBP Rule 7030, Applicant reserves the right to stipulate with the deponent as to the taking of the deposition remotely in the event that the deponent is so agreeable.

    Therefore, Arcadian respectfully withdraws its Ex Parte Application (ECF #104) as no longer being necessary.

Dated: August 15, 2024        FENNEMORE LLP

By: /s/ Gary B. Rudolph
    Gary B. Rudolph
    Kathleen A. Cashman-Kramer
    Attorneys for Creditor
    Arcadian Vanguard LLC

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 2 -

WITHDRAWAL OF EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(B)(4) [ECF #104]

KCASHMAN-KRAMER/49918027.1/068327.0001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

600 B Street, Suite 1700 San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*):

**WITHDRAWAL OF EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(b)(4) [ECF #104]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>August 15, 2024,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kathleen A Cashman-Kramer    kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com**
- **Russell Clementson    russell.clementson@usdoj.gov**
- **Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com**
- **Asha Dhillon    asha.dhillon@turnerdhillon.com**
- **Moriah Douglas Flahaut (TR)    douglas.flahaut@arentfox.com, C194@ecfcbis.com**
- **Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com**
- **Gary B Rudolph    grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*)
I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

N/A

- 3 -
WITHDRAWAL OF EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(B)(4) [ECF #104]
KCASHMAN-KRAMER/49918027.1/068327.0001

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

N/A

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/15/2024 | Laurel Dinkins | /s/ Laurel Dinkins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

WITHDRAWAL OF EX PARTE APPLICATION FOR ORDER PERMITTING DEPOSITIONS OF THIRD PARTY WITNESSES IN CONTESTED MATTER TO PROCEED REMOTELY UNDER F.R.C.P. RULE 30(B)(4)
[ECF #104]

KCASHMAN-KRAMER/49918027.1/068327.0001

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO