FENNEMORE
600 B STREET, 17TH FLOOR
SAN DIEGO, CA 92101
619-233-4100
Atty. File No.: 1:24-BK-10396-MB

UNITED STATES BANKRUPTCY COURT

PLAINTIFF : KAST MEDIA, INC.
DEFENDANT :

Case No. : 1:24-BK-10396-MB
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

3. a. Party Served : PODCASTONE, INC.
   C/O THE CORPORATION TRUST COMPANY
   b. Person Served : NADIA BELLAMY, INTAKE SPECIALIST
   (AUTHORIZED TO ACCEPT SERVICE)

4. Address where the party was served: 108 W 13TH ST SUITE 100
   WILMINGTON, DE 19801 (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on August 15, 2024 (2) at: 02:04 PM

6. Witness fees were not demanded and were not paid.

7. **Person who served papers**
   a. SEAN SNOW
   b. KNOX ATTORNEY SERVICE
   1550 HOTEL CIRCLE NORTH SUITE 440
   SAN DIEGO, CA 92108
   c. 619-233-9700
   d. Fee For Service : $ 220.25
   e. I am
   (3) a registered California process server
   (i) an independent contractor
   (ii) Registration No.: 152
   (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date : August 15, 2024

Signature: *Sean Snow*
SEAN SNOW

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

600 B Street, Suite 1700 San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*):

**PROOF OF PERSONAL SERVICE TO PODCASTONE, INC.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing d ocument will be served by the court via NEF and hyperlink to the document. On (*d ate*) August 16, 2024, I checked the CM/ECF docket for this bankruptcy case or ad versary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kathleen A Cashman-Kramer kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com**
- **Russell Clementson russell.clementson@usdoj.gov**
- **Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com**
- **Asha Dhillon asha.dhillon@turnerdhillon.com**
- **Moriah Douglas Flahaut (TR) douglas.flahaut@arentfox.com, C194@ecfcbis.com**
- **Samuel R Maizel samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com**
- **Gary B Rudolph grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com**
- **United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)
I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

N/A

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

N/A

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2024 | Laurel Dinkins | */s/ Laurel Dinkins* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |