---

Fill in this information to identify the case:

Debtor Name **Kast Media, Inc**

United States Bankruptcy Court for the: **Central District of California**

Case number: **1:24-bk-10396-MB**

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

| | | |
|---|---|---|
| Month: **July 2024** | Date report filed: | **08/21/2024** MM / DD / YYYY |
| Line of business: **N/A** | NAISC code: | _____ |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                **Kast Media, Inc**

Original signature of responsible party    _____

Printed name of responsible party    **Kast Media, Inc**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Kast Media, Inc | Case number | 1:24-bk-10396-MB |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 259,713.28

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ 33,594.20

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ 44,058.82

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ -10,464.62

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 249,248.66

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 4,279.00

Debtor Name  Kast Media, Inc

Case number  1:24-bk-10396-MB

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$  100,107.57

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?

0

27. What is the number of employees as of the date of this monthly report?

0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?

$  0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?

$  0.00

30. How much have you paid this month in other professional fees?

$  0.00

31. How much have you paid in total other professional fees since filing the case?

$  0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | − | Column B | = | Column C |
|---|---|---|---|---|---|
|  | **Projected** |  | **Actual** |  | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 25,000.00 | − | $ 33,594.20 | = | $ 8,594.20 |
| 33. **Cash disbursements** | $ 40,000.00 | − | $ 44,058.82 | = | $ 4,058.82 |
| 34. **Net cash flow** | $ -15,000.00 | − | $ -10,464.62 | = | $ -5,464.62 |

35. Total projected cash receipts for the next month:

$  15,000.00

36. Total projected cash disbursements for the next month:

- $  30,000.00

37. Total projected net cash flow for the next month:

= $  -15,000.00

| Debtor Name | Kast Media, Inc | Case number | 1:24-bk-10396-MB |
| --- | --- | --- | --- |

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

EXHIBIT C - DEPOSITS

| Date mm/dd/yyyy | Account ending | | Purpose | Amount | Transfer between Debtor Accounts |
|---|---|---|---|---|---|
| 07/02/2024 | KAST MEDIA (OPERATING) (9509) | SOUNDSTACK | ADVERTISING SALES | $ 887.10 | |
| 07/02/2024 | KAST MEDIA (OPERATING) (9509) | SOUNDSTACK | ADVERTISING SALES | $ 21,147.80 | |
| 07/05/2024 | KAST MEDIA (OPERATING) (9509) | APPLE INC | SUBSCRIPTION SALES | $ 2,717.53 | |
| 07/25/2024 | KAST MEDIA (OPERATING) (9509) | OXFORD ROAD | ADVERTISING SALES | $ 2,570.61 | |
| 07/30/2024 | KAST MEDIA (OPERATING) (9509) | ADOPTER MEDIA | ADVERTISING SALES | $ 6,271.16 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL DEPOSITS THIS PERIOD: | $ 33,594.20 | 0.00 |

EXHIBIT D - DISBURSEMENTS

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Kast Media, LLC | Case Number: | 2:23-bk-12637-NB |
| | Operating Report Number: | 3 |
| Debtor(s). | For the Month Ending: | 31-Jul-24 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (DIP ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                          259,713.28

4.  RECEIPTS DURING CURRENT PERIOD:                             33,594.20

5.  BALANCE:                                                    293,307.48

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD           (44,058.82)

7.  ENDING BALANCE:                                            249,248.66

8.  General Account Number(s):                          9509
                                          DIP Account (Operating)
      Depository Name & Location:          East West Bank

TOTAL DISBURSEMENTS FROM DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount | Transfer to DIP |
|---|---|---|---|---|---|
| 07/01/2024 | ACH | Sarah McLaughlin | FREELANCER: PRODUCTION COST | -265.17 | |
| 07/01/2024 | ACH | Matt Soule | FREELANCER: PRODUCTION COST | -300.00 | |
| 07/01/2024 | ACH | Andrew Iden | FREELANCER: PRODUCTION COST | -597.42 | |
| 07/01/2024 | ACH | Abi Newhouse | FREELANCER: PRODUCTION COST | -800 | |
| 07/01/2024 | ACH | Elizabeth MacArthur | CONTRACTOR: ADMINISTRATIVE | -1,500.00 | |
| 07/01/2024 | ACH | Nonny Okwelogu | FREELANCER: PRODUCTION COST | -1,525.00 | |
| 07/01/2024 | ACH | Sarah McLaughlin | FREELANCER: PRODUCTION COST | -3,300.00 | |
| 07/05/2024 | DEBIT | EWB | BANK FEES & SERVICES CHARGES: FIDUCIARY MAINTENANCE | -25.00 | |
| 07/05/2024 | ACH | GOOGLE APPS | OFFICE EXPENSE:SOFTWARE & APPS | -688.8 | |
| 07/08/2024 | ACH | Colin Thomson | CONTRACTOR: CEO (half pay (6/23/24 - 6/30/24 + half pay (7/1/24 - 7/6/2 | -6,224.72 | |
| 07/15/2024 | ACH | QuickBooks | OFFICE EXPENSE:SOFTWARE & APPS | -55 | |
| 07/15/2024 | ACH | THE HARTFORD | INSURANCE | -157.25 | |
| 07/16/2024 | ACH | Abi Newhouse | FREELANCER: PRODUCTION COST | -800.00 | |
| 07/16/2024 | ACH | Andrew Iden | FREELANCER: PRODUCTION COST | -1,500.00 | |
| 07/16/2024 | ACH | Sarah Batcheller | FREELANCER: PRODUCTION COST | -2,775.00 | |
| 07/16/2024 | ACH | Nonny Okwelogu | FREELANCER: PRODUCTION COST | -3,050.00 | |
| 07/16/2024 | ACH | QuickBooks | OFFICE EXPENSE:SOFTWARE & APPS | -3300 | |
| 07/17/2024 | ACH | Conor M Powell | FREELANCER: PRODUCTION COST | -2,750.00 | |
| 07/17/2024 | ACH | Conor M Powell | FREELANCER: PRODUCTION COST | -$2,908.00 | |
| 07/18/2024 | ACH | EWB | BANK FEES & SERVICES CHARGES: ANALYSIS ACTIVITY FOR 07 | -$122.00 | |
| 07/18/2024 | ACH | Elizabeth MacArthur | CONTRACTOR: ADMINISTRATIVE | -$144.76 | |
| 07/19/2024 | ACH | Colin Thomson | REIMBURSEMENT | -$368.17 | |
| 07/19/2024 | ACH | Colin Thomson | CONTRACTOR: CEO (full pay (7/7/24 - 7/20/24) - ZOOM REIMBURSEN | -$5,506.39 | |
| 07/22/2024 | ACH | QUICKBOOKS | OFFICE EXPENSE:SOFTWARE & APPS | -$200.00 | |
| 07/25/2024 | ACH | Abi Newhouse | FREELANCER: PRODUCTION COST | -$400.00 | |
| 07/25/2024 | ACH | Matt Soule | FREELANCER: PRODUCTION COST | -$650.00 | |
| 07/25/2024 | ACH | Nonny Okwelogu | FREELANCER: PRODUCTION COST | -$1,525.00 | |
| 07/25/2024 | ACH | Sarah McLaughlin | FREELANCER: PRODUCTION COST | -$2,600.00 | |
| 07/26/2024 | ACH | STRIPE | SUBSCRIPTION FEES | -$21.14 | |
| | | | | | |
| | | | | | |

TOTAL DISBURSEMENTS THIS PERIOD: | -$44,058.82 | $          - |

-44,058.82

EXHIBIT D - DISBURSEMENTS

| In Re:<br><br>Kast Media, LLC<br><br>Debtor(s). | CHAPTER 11 (BUSINESS) |
|---|---|
| | Case Number:          1:24-bk-10396-MB<br>Operating Report Number:    3<br>For the Month Ending:    31-Jul-24 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## B. (TAX ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      0.00

3.  BEGINNING BALANCE:      500.00

4.  RECEIPTS DURING CURRENT PERIOD:      0.00

5.  BALANCE:      500.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD      0.00

7.  ENDING BALANCE:      500.00

8.  General Account Number(s):      9523

                              DIP Account (Tax)

      Depository Name & Location:      East West Bank

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount | Transfer to dIP |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 |

0.00

EXHIBIT D - DISBURSEMENTS

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Kast Media, Inc | Case Number: | 1:24-bk-10396-MB |
| | Operating Report Number: | 3 |
| Debtor(s). | For the Month Ending: | 31-Jul-24 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## B. (PAYROLL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                    0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                        0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                      500.00

4.  RECEIPTS DURING CURRENT PERIOD:                                         0.00

5.  BALANCE:                                                                500.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

7.  ENDING BALANCE:                                                         500.00

8.  General Account Number(s):                           9516

                                                         DIP Account (Payroll)
    Depository Name & Location:                          East West Bank


\*   All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount | Transfer to dIP |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 |

0.00

# Kast Media Inc
## A/P Aging Summary
### As of July 31, 2024

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Conor M Powell** | 2,750.00 | | | | | 2,750.00 |
| **Nonny Okwelogu** | 1,529.00 | | | | | 1,529.00 |
| **TOTAL** | $ 4,279.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 4,279.00 |

Thursday, Aug 15, 2024 09:48:00 AM GMT-7

# Kast Media Inc
## A/R Aging Summary
### As of July 31, 2024

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Apple Podcasts** | 4,981.09 | | | | | 4,981.09 |
| **Cariuma Central Pte Ltd** | | | | | 8,160.00 | 8,160.00 |
| **DoorDash** | | | | | 1,275.00 | 1,275.00 |
| **Horizons Media, Inc.** | | | | | 893.57 | 893.57 |
| **Incremental Media Inc** | | | | | 4,675.00 | 4,675.00 |
| **JuneShine, Inc.** | | | | | 1,275.00 | 1,275.00 |
| **Katz Media Group, Inc.** | | | | | 7,542.50 | 7,542.50 |
| **Manscaped** | | | | | 7,605.00 | 7,605.00 |
| **Microdose** | | | | | 2,625.00 | 2,625.00 |
| **PodcastOne** | 4,601.76 | 3,876.13 | 8,018.69 | 13,009.99 | | 29,506.57 |
| **SoundStack, Inc.** | 7,536.04 | 5,890.43 | 7,085.82 | | 5,844.72 | 26,357.01 |
| **TFPFET, LLC** | | | | | 1,150.00 | 1,150.00 |
| **The Jordan Harbinger Show** | | | | | 1,750.00 | 1,750.00 |
| **Triton** | | | | | 2,311.83 | 2,311.83 |
| **TOTAL** | $ 17,118.89 | $ 9,766.56 | $ 15,104.51 | $ 13,009.99 | $ 45,107.62 | $ 100,107.57 |

Thursday, Aug 15, 2024 09:44:26 AM GMT-7

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  2
STARTING DATE: July 01, 2024
ENDING DATE: July 31, 2024
Total days in statement period: 31
9509
( 0)

KAST MEDIA INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-10396
(OPERATING)
PO BOX 8175
VAN NUYS CA  91409-8175

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Business Elite

| | | | | |
|---|---|---|---|---|
| Account number | 55-00019509 | Beginning balance | | $259,713.28 |
| Low balance | $242,977.50 | Total additions | (5) | 33,594.20 |
| Average balance | $258,088.82 | Total subtractions | (29) | 44,058.82 |
| | | Ending balance | | $249,248.66 |

## CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 07-02 | Pre-Auth Credit    SoundStack Inc 130202407 SoundStack Inc PAY ING BILL 130202407 VIA RAMP | 887.10 |
| | 07-02 | Pre-Auth Credit    SoundStack Inc 130202406 SoundStack Inc PAY ING BILL 130202406 VIA RAMP | 21,147.80 |
| | 07-05 | Pre-Auth Credit    Apple Inc ACH/CRED 240705 0250045820 | 2,717.53 |
| | 07-25 | Wire Trans-IN    UNITED CAPITAL FUN DING GROUP LLC | 2,570.61 |
| | 07-30 | Pre-Auth Credit    Courtside LLC Payment 240730 6183 | 6,271.16 |

## DEBITS

| Date | Transaction Description | Subtractions |
|---|---|---|
| 07-01 | Preauth Debit    Kast Media Inc Payment 240701 | 265.17 |
| 07-01 | Preauth Debit    Kast Media Inc Payment 240701 | 300.00 |
| 07-01 | Preauth Debit    Kast Media Inc Payment 240701 | 597.42 |
| 07-01 | Preauth Debit    Kast Media Inc Payment 240701 | 800.00 |
| 07-01 | Preauth Debit    Kast Media Inc Payment 240701 | 1,500.00 |
| 07-01 | Preauth Debit    Kast Media Inc Payment 240701 | 1,525.00 |
| 07-01 | Preauth Debit    Kast Media Inc Payment 240701 | 3,300.00 |
| 07-05 | Debit Memo    FIDUCIARY MAINTENA NCE | 25.00 |
| 07-05 | Preauth Debit    GOOGLE APPS_COMME 240705 | 688.80 |
| 07-08 | Preauth Debit    Kast Media Inc Payment 240708 | 6,224.72 |
| 07-15 | Preauth Debit    INTUIT * QBooks Onl 240715 6347608 | 55.00 |
| 07-15 | Preauth Debit    THE HARTFORD IN SPMTCL 240715 17447649 | 157.25 |
| 07-16 | Preauth Debit    Kast Media Inc Payment 240716 | 800.00 |
| 07-16 | Preauth Debit    Kast Media Inc Payment 240716 | 1,500.00 |
| 07-16 | Preauth Debit    Kast Media Inc Payment 240716 | 2,775.00 |
| 07-16 | Preauth Debit    Kast Media Inc Payment 240716 | 3,050.00 |
| 07-16 | Preauth Debit    Kast Media Inc Payment 240716 | 3,300.00 |

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

KAST MEDIA INC

ACCOUNT STATEMENT
Page  2  of  2
STARTING DATE: July 01, 2024
ENDING DATE: July 31, 2024
9509

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------:|
| 07-17 | Preauth Debit | DISTRICT BEAR ME SALE 240717 | 2,750.00 |
| 07-17 | Preauth Debit | DISTRICT BEAR ME SALE 240717 | 2,908.00 |
| 07-18 | Analysis Servic | ANALYSIS ACTIVITY FOR 06/24 | 122.00 |
| 07-18 | Preauth Debit | Kast Media Inc Payment 240718 | 144.76 |
| 07-19 | Preauth Debit | Kast Media Inc Payment 240719 | 368.17 |
| 07-19 | Preauth Debit | Kast Media Inc Payment 240719 | 5,506.39 |
| 07-22 | Preauth Debit | INTUIT * QBooks Onl 240722 9460136 | 200.00 |
| 07-25 | Preauth Debit | Kast Media Inc Payment 240725 | 400.00 |
| 07-25 | Preauth Debit | Kast Media Inc Payment 240725 | 650.00 |
| 07-25 | Preauth Debit | Kast Media Inc Payment 240725 | 1,525.00 |
| 07-25 | Preauth Debit | Kast Media Inc Payment 240725 | 2,600.00 |
| 07-26 | Preauth Debit | STRIPE TRANSFER 240726 ST-B1U3A3P4A2J4 | 21.14 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 06-30 | 259,713.28 | 07-15 | 269,027.35 | 07-22 | 245,603.03 |
| 07-01 | 251,425.69 | 07-16 | 257,602.35 | 07-25 | 242,998.64 |
| 07-02 | 273,460.59 | 07-17 | 251,944.35 | 07-26 | 242,977.50 |
| 07-05 | 275,464.32 | 07-18 | 251,677.59 | 07-30 | 249,248.66 |
| 07-08 | 269,239.60 | 07-19 | 245,803.03 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|:---:|:---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….......... $_____

**Add** Deposits not shown
on this Statement                    $_____
                                     _____
                                     _____
             **Sub Total**………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks………………………… $_____

**Balance**……..............……..** $_____

**ENTER**
Present Balance in
your checkbook…………………  $_____

**Subtract** any service
charges, finance or
any other charges…………………  $_____
             **Sub Total** ………… $_____

**Add** Monthly Interest
Earned …………………………..  $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………..  $_____
                                     _____
                                     _____
                                     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………..  $_____
                                     _____
                                     _____
                                     _____

**Balance**……....................……….  $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: July 01, 2024
ENDING DATE: July 31, 2024
Total days in statement period: 31
9523
( 0)

KAST MEDIA INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-10396
(TAX)
PO BOX 8175
VAN NUYS CA  91499-5900

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Business Elite

| | | | | |
|---|---|---|---|---|
| Account number | 9523 | Beginning balance | | $500.00 |
| Low balance | $500.00 | Total additions | ( 0) | .00 |
| Average balance | $500.00 | Total subtractions | ( 0) | .00 |
| | | Ending balance | | $500.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409        rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….......... $_____

**Add** Deposits not shown
on this Statement            $_____
                            _____
                            _____
**Sub Total**………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks……………………………… $_____

**Balance**……..............................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____
**Sub Total** ………… $_____

**Add** Monthly Interest
Earned ……………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
                            _____
                            _____
                            _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………… $_____
                            _____
                            _____
                            _____

**Balance**……….................................. $_____

**IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

**ACCOUNTS WITH CHECK STORAGE**
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

**CHANGE OF ADDRESS**
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: July 01, 2024
ENDING DATE: July 31, 2024
Total days in statement period: 31
9516
( 0)

KAST MEDIA INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-10396
PAYROLL ACCT
PO BOX 8175
VAN NUYS CA 91409-8175

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Business Elite

| | | | |
|---|---|---|---|
| Account number | 9516 | Beginning balance | $500.00 |
| Low balance | $500.00 | Total additions ( 0) | .00 |
| Average balance | $500.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $500.00 |

**\* \* No activity this statement period \* \***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409      rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….............    $_____

**Add** Deposits not shown
on this Statement                          $_____
                                          _____
                                          _____
                **Sub Total**……….    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks……………………………    $_____

**Balance**……..............................**    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

            **Sub Total** …………    $_____

**Add** Monthly Interest
Earned …………………………..    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………..    $_____
                                         _____
                                         _____
                                         _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….    $_____
                                         _____
                                         _____
                                         _____

**Balance**……...................................    $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)