Gary B. Rudolph, SBN 101921
Kathleen A. Cashman-Kramer, SBN 128861
**FENNEMORE LLP**
600 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 233-4100 / Fax: (619) 231-4372
grudolph@fennemorelaw.com

STEPHEN NEW & ASSOCIATES
Stephen P. New,
(West Virginia SBN 7756),
*Pro Hac Vice*
430 Harper Park Dr
Beckley, WV 25801
Telephone: (304) 250-6017

Attorneys for Creditor
Arcadian Vanguard LLC

FILED & ENTERED

SEP 13 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re: KAST MEDIA, INC., <br><br> Debtor | Case No. 1:24-bk-10396-MB <br><br> Chapter 11 <br><br> **ORDER APPROVING STIPULATION RE: DISCOVERY DISPUTE AS TO DOCUMENT PRODUCTION FROM PODCASTONE, INC., AND DEPOSITION OF PODCASTONE, INC.** <br><br> **[NO HEARING REQUIRED]** <br><br> Suite 342/Courtroom 303 <br> Honorable Martin R. Barash |

Upon consideration of the Stipulation RE: DISCOVERY DISPUTE AS TO DOCUMENT PRODUCTION FROM PODCASTONE, INC., AND DEPOSITION OF PODCASTONE, INC. ("Stipulation") (ECF 142) in the above-captioned bankruptcy case and good cause appearing,

///

///

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

ORDER APPROVING STIPULATION RE: DISCOVERY DISPUTE AS TO DOCUMENT PRODUCTION FROM PODCASTONE, INC., AND DEPOSITION OF PODCASTONE

50040901.2/068327.0001

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. On or before September 6, 2024, PodcastOne will produce, to the extent they exist, the documents identified in Exhibit A of the Stipulation, limited to only the final or signed documents that Kast provided to PodcastOne and documents that PodcastOne provided to Kast (e.g., no emails unless with attachment and no draft documents), and subject to all objections of PodcastOne, the Debtor and the protective order. Arcadian reserves its right to compel production of the documents identified in Exhibit B of the Stipulation and any of the documents not produced in Exhibit A of the Stipulation. The Debtor and PodcastOne reserve their rights to assert any objection to the production.

3. The deposition of the corporate representative(s) of PodcastOne, pursuant to FRCP Rule 30(b)(6), applicable herein by FRBP Rule 7030, will occur via Zoom or other virtual method, on September 19, 2024, from 11:00 a.m. to 3:00 p.m. (PST).

4. This Court shall retain jurisdiction to resolve any dispute arising from or related to this Order.

###

Date: September 13, 2024

Martin R Barash
United States Bankruptcy Judge

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 2 -

ORDER APPROVING STIPULATION RE: DISCOVERY DISPUTE AS TO DOCUMENT PRODUCTION FROM PODCASTONE, INC., AND DEPOSITION OF PODCASTONE

50040901.2/068327.0001