United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 24-10396-MB |
| Kast Media Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 13, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kast Media Inc., PO Box 8175, Van Nuys, CA 91409-8175 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asha Dhillon | on behalf of Creditor X1T LLC asha.dhillon@turnerdhillon.com |
| Gary B Rudolph | on behalf of Creditor Arcadian Vanguard grudolph@fennemorelaw.com bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com |
| Kathleen A Cashman-Kramer | on behalf of Creditor Arcadian Vanguard kcashman-kramer@fennemorelaw.com theresam@psdslaw.com |
| Leslie A Cohen | on behalf of Debtor Kast Media Inc. leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com |
| Matthew J Matern | on behalf of Creditor Kaylon Rushing mmatern@maternlawgroup.com lolarra@maternlawgroup.com;ereyes@maternlawgroup.com;rsuh@maternlawgroup.com;jboxer@maternlawgroup.com |

District/off: 0973-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 13, 2024 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| Matthew J Matern | on behalf of Creditor Richelle Meiss mmatern@maternlawgroup.com lolarra@maternlawgroup.com;ereyes@maternlawgroup.com;rsuh@maternlawgroup.com;jboxer@maternlawgroup.com |
| Matthew J Matern | on behalf of Creditor Harley Roman mmatern@maternlawgroup.com lolarra@maternlawgroup.com;ereyes@maternlawgroup.com;rsuh@maternlawgroup.com;jboxer@maternlawgroup.com |
| Matthew J Matern | on behalf of Creditor Bradley Denham mmatern@maternlawgroup.com lolarra@maternlawgroup.com;ereyes@maternlawgroup.com;rsuh@maternlawgroup.com;jboxer@maternlawgroup.com |
| Moriah Douglas Flahaut (TR) | douglas.flahaut@arentfox.com  C194@ecfcbis.com |
| Russell Clementson | on behalf of U.S. Trustee United States Trustee (SV) russell.clementson@usdoj.gov |
| Samuel R Maizel | on behalf of Creditor Ayydubs  LLC samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com |
| Samuel R Maizel | on behalf of Creditor Alyx Weiss samuel.maizel@dentons.com alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 13

| | |
|---|---|
| Gary B. Rudolph, SBN 101921<br>Kathleen A. Cashman-Kramer, SBN 128861<br>**FENNEMORE LLP**<br>600 B Street, Suite 1700<br>San Diego, CA  92101<br>Tel: (619) 233-4100 / Fax: (619) 231-4372<br>grudolph@fennemorelaw.com<br><br>STEPHEN NEW & ASSOCIATES<br>Stephen P. New,<br>(West Virginia SBN 7756),<br>*Pro Hac Vice*<br>430 Harper Park Dr<br>Beckley, WV 25801<br>Telephone:  (304) 250-6017<br><br>Attorneys for Creditor<br>Arcadian Vanguard LLC | **FILED & ENTERED**<br><br>SEP 13 2024<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Cetulio     DEPUTY CLERK** |

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY

### DIVISION

| | |
|---|---|
| In Re:  KAST MEDIA, INC. ,<br><br>                         Debtor | Case No. 1:24-bk-10396-MB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RE: DISCOVERY DISPUTE AS TO DOCUMENT PRODUCTION FROM PODCASTONE, INC., AND DEPOSITION OF PODCASTONE, INC.**<br><br>**[NO HEARING REQUIRED]**<br><br>Suite 342/Courtroom 303<br>Honorable Martin R. Barash |

Upon consideration of the Stipulation RE: DISCOVERY DISPUTE AS TO DOCUMENT PRODUCTION FROM PODCASTONE, INC., AND DEPOSITION OF PODCASTONE, INC. ("Stipulation") (ECF 142) in the above-captioned bankruptcy case and good cause appearing,

///

///

---

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

ORDER APPROVING STIPULATION RE: DISCOVERY DISPUTE AS TO DOCUMENT PRODUCTION FROM PODCASTONE, INC., AND DEPOSITION OF PODCASTONE

50040901.2/068327.0001

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. On or before September 6, 2024, PodcastOne will produce, to the extent they exist, the documents identified in Exhibit A of the Stipulation, limited to only the final or signed documents that Kast provided to PodcastOne and documents that PodcastOne provided to Kast (e.g., no emails unless with attachment and no draft documents), and subject to all objections of PodcastOne, the Debtor and the protective order. Arcadian reserves its right to compel production of the documents identified in Exhibit B of the Stipulation and any of the documents not produced in Exhibit A of the Stipulation. The Debtor and PodcastOne reserve their rights to assert any objection to the production.

3. The deposition of the corporate representative(s) of PodcastOne, pursuant to FRCP Rule 30(b)(6), applicable herein by FRBP Rule 7030, will occur via Zoom or other virtual method, on September 19, 2024, from 11:00 a.m. to 3:00 p.m. (PST).

4. This Court shall retain jurisdiction to resolve any dispute arising from or related to this Order.

###

Date: September 13, 2024

Martin R Barash
United States Bankruptcy Judge

- 2 -

ORDER APPROVING STIPULATION RE: DISCOVERY DISPUTE AS TO DOCUMENT PRODUCTION FROM PODCASTONE, INC., AND DEPOSITION OF PODCASTONE

FENNEMORE LLP
ATTORNEYS AT LAW
SAN DIEGO

50040901.2/068327.0001