**FENNEMORE LLP**
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, 17th Floor
San Diego, California 92101
Telephone:       (619) 233-4100
Fax Number:      (619) 231-4372
grudolph@fennemorelaw.com

**STEPHEN NEW & ASSOCIATES**
Stephen P. New, West Virginia SBN 7756, Pro Hac Vice
430 Harper Park Dr
Beckley, WV 25801
Telephone: (304) 250-6017
steve@newlawoffice.com

Attorneys for Creditor Arcadian Vanguard, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA,**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>Kast Media, Inc., fka Kast Media LLC, aka Sight Reading Academy, aka Kast,<br><br>　　　　　Debtor. | CASE NO.: 1:24-bk-10396MB<br><br>Chapter 11<br><br>**SUPPLEMENT TO OBJECTIONS BY ARCADIAN VANGUARD, LLC TO THE DEBTOR'S SUBCHAPTER V PLAN (ECF # 71) FILED JUNE 11, 2024**<br><br>Date:　　October 22, 2024<br>Time:　　1:30 p.m.<br>Judge:　　Hon. Martin R. Barash<br>Dept.:　Suite 342/Courtroom 303<br>United States Bankruptcy Court<br>(Via Zoom.gov)<br>Video/audio web address:<br>https://cacb.zoomgov.com/j/1614174604<br>ZoomGov meeting number: 161 417 4604<br>Password: 392703 Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666 |

50293243.1

**SUPPLEMENT**

Creditor Arcadian Vanguard, LLC, submits this Supplement to the opposition it filed on October 2, 2024, based on a new event that subsequently occurred as follows:

1. On March 13, 2024, the debtor filed the underlying Chapter 11 Sub V bankruptcy petition.

2. On March 27, 2024, the debtor filed its statements and schedules (ECF 13). On page 7, it listed total debt of $6,912,619.38.

3. On September 6, 2024, creditors Matthew J. Matern, et al, filed a motion to allow a late filed claim in the amount of $7,857,362 (ECF 135) ("motion").

4. On September 19, 2024, the debtor filed a limited non opposition to the motion (ECF 149).

5. The creditors' motion was granted on October 3, 2024 (ECF 167).

Accordingly the addition of creditors' claim of $7,857,362 to the scheduled claims of $6,912,619.38 not only results in negating the debtor's eligibility as a Sub V debtor, but also impacts the voting on confirmation of the plan, as creditors have not had an opportunity to vote. This is just additional support for denial of confirmation of the current plan.

Dated: October 3, 2024

FENNEMORE LLP

By: /s/Gary B. Rudolph
Gary B. Rudolph
Kathleen A. Cashman-Kramer
Attorneys for Creditor and Party in Interest Arcadian Vanguard LLC

STEPHEN NEW & ASSOCIATES

Dated: October 3, 2024

By: [signature]
Stephen P. New, Esq.
Attorneys for Arcadian Vanguard LLC

1

50293243.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

600 B Street, Suite 1700 San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*):
**SUPPLEMENT TO OBJECTIONS BY ARCADIAN VANGUARD, LLC TO THE DEBTOR'S SUBCHAPTER V PLAN (ECF # 71) FILED JUNE 1 1, 2024**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/03/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kathleen A Cashman-Kramer**     kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com
- **Russell Clementson**     russell.clementson@usdoj.gov
- **Leslie A Cohen**     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Asha Dhillon**     asha.dhillon@turnerdhillon.com
- **Moriah Douglas Flahaut (TR)**     douglas.flahaut@arentfox.com, C194@ecfcbis.com
- **Samuel R Maizel**     samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- **Gary B Rudolph**     grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
- **United States Trustee (SV)**     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/03/2024 | Laurel Dinkins | /s/ Laurel Dinkins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**