Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime K. Williams, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone: (310) 394-5900
Facsimile: (310) 394-9280

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>KAST MEDIA, INC.<br><br>Reorganized Debtor | Case No. 1:24-bk-10396-MB<br><br>Chapter 11<br><br>**POST-CONFIRMATION QUARTERLY REPORT; DECLARATION OF COLIN THOMSON**<br><br>Date: October 26, 2026<br>Time: 1:30 p.m.<br>Courtroom: 303 and Via Zoom |

**TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; 20 LARGEST UNSECURED CREDITORS AND ALL ENTITIES ENTITLED TO SPECIAL NOTICE:**

Kast Media, Inc., reorganized debtor in the above-captioned case ("**Debtor**"), hereby submits this post-confirmation quarterly report ("**Report**") pursuant to the Findings of Fact, Conclusions of Law and Order Confirming Subchapter V Chapter 11 Plan ("**Confirmation Order**") entered May 28, 2025 [Docket No. 444], as follows:

**A. Progress Made Towards Substantial Consummation**

The Plan has been substantially consummated. Payments due under the Debtor's Plan of Reorganization for Subchapter V Debtor" (the "**Plan**," Docket No. 71) timely commenced on July 12, 2025, the Effective Date of the Plan.

**B. Status of Plan Payments**

Per the attached Declaration of Colin Thomson ("**Thomson Decl.**"), as of the filing of this report, completed Plan payments are as follows:

| **Claimant & Class No.** | **Amount Due Under Plan And Required To Be Paid By Date Of This Report** | **Amount Paid As Of This Report** | **Delinquency** |
|---|---|---|---|
| Clerks Office (Administrative Claim) | $0 | n/a | None |
| Leslie Cohen Law PC (Administrative Claim) | $ 119,089.63 due under Plan, to be paid $50,000 on the Effective Date, with the remaining $69,098.83 to be paid in monthly payments of $5,758.24 beginning August 1, 2025.<br><br>All $119,089.63 has come due as of this report | $119,089.63 | None pre-confirmation. |
| Douglas Flahaut, SubV Trustee (Administrative Claim) | $19,483.00 | $19,483.00 | None |

| | | | |
|---|---|---|---|
| Internal Revenue Service (Priority Tax Claim) | $92,277.23 due under Plan, to be paid with 8% interest at $6,761.64 per quarter for 48 months starting 08/11/2025<br><br>5 Payments due by the filing of this report, totaling $33,808.20 | $20,284.92 | $13,523.28 |
| City of Los Angeles, Office of Finance (Priority Tax Claim) | $14,836.39 due under Plan, to be paid with 8% interest at $1,087.14 per quarter for 48 months starting 08/11/2025<br><br>5 Payments due by the filing of this report, totaling $5,435.70 | $3,261.42 | $2,174.28 |
| Franchise Tax Board (Priority Tax Claim) | $2,550.86 due on Effective Date | $2,550.86 | None |
| Brandon Klein (Priority Wage Claim) | $1,077.22 due on Effective Date | $1,077.22 | None |
| Class 3 General Unsecured Claim Holders | Class 3 creditors to be paid their pro rata share of $236,719.52 over 5 years in quarterly payments commencing on the Effective Date, with the total quarterly payout to Class 3 creditors of $11,835.98 per quarter.<br><br>5 rounds of quarterly payments due by the filing of this report, totaling $59,179.90 | $35,507.94 | $23,671.96 |

Due to an issue with the Debtor's new bank and its check issuing platform, checks issued for February 2026 quarterly payments were returned when creditors attempted to deposit them. See Thompson Decl. The Debtor was made aware of this issue on October 9, 2026, and has reissued checks to all creditors directly from its bank to ensure

they would clear. Id. As of the filing of this report, the Debtor is not aware of any problems depositing the reissued checks. Id.

**C. Postconfirmation Tax Liabilities**

No outstanding taxes are currently owed or have come due post-confirmation.

**D. Projections as to the reorganized debtor's continuing ability to comply with the terms of the plan**

The Debtor is currently behind on payments due under the Plan. See Thomson Decl. Specifically, the Debtor was unable to make the quarterly payments due May 11, 2026 and August 11, 2026, and the Debtor is behind on its post-confirmation payments to Leslie Cohen Law PC. Id. However, one of the Debtor's primary customers has fallen behind on its payments to the Debtor by 3 months, and has informed the Debtor that it will be bringing its account current the week of October 19, 2026. Id. After bringing payments current following receipt of the customer payment, the Debtor expects to be able to timely make all future quarterly payments under the Plan. Id.

**E. Estimate of Timing for Plan Consummation and Application For Final Decree**

The Debtor's plan has been substantially consummated. The Debtor intends to move for a final decree following once plan payments are brought current.

**F. Other Information Re: Progress Toward Completion of Confirmed Plan**

None at this time.

Dated: July 8, 2026

LESLIE COHEN LAW PC

By *s/ Leslie A. Cohen*
Leslie A. Cohen
Attorneys for Reorganized Debtor

**DECLARATION OF COLIN THOMSON**

I, Colin Thomson, declare as follows:

1. I am over 18 years of age. I am the Chief Creative Officer of the Reorganized Debtor in the above captioned bankruptcy case. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. As of the filing of this report, completed Plan payments are as follows:

| **Claimant & Class No.** | **Amount Due Under Plan And Required To Be Paid By Date Of This Report** | **Amount Paid As Of This Report** | **Delinquency** |
|---|---|---|---|
| Clerks Office (Administrative Claim) | $0 | n/a | None |
| Leslie Cohen Law PC (Administrative Claim) | $ 119,089.63 due under Plan, to be paid $50,000 on the Effective Date, with the remaining $69,098.83 to be paid in monthly payments of $5,758.24 beginning August 1, 2025.<br><br>All $119,089.63 has come due as of this report | $119,089.63 | None pre-confirmation. |
| Douglas Flahaut, SubV Trustee (Administrative Claim) | $19,483.00 | $19,483.00 | None |
| Internal Revenue Service (Priority Tax Claim) | $92,277.23 due under Plan, to be paid with 8% interest at $6,761.64 per quarter for 48 months starting 08/11/2025<br><br>5 Payments due by the filing of this report, totaling $33,808.20 | $20,284.92 | $13,523.28 |
| City of Los Angeles, Office of Finance | $14,836.39 due under Plan, to be paid with 8% interest at | $3,261.42 | $2,174.28 |

| | | | |
|---|---|---|---|
| (Priority Tax Claim) | $1,087.14 per quarter for 48 months starting 08/11/2025<br><br>5 Payments due by the filing of this report, totaling $5,435.70 | | |
| Franchise Tax Board (Priority Tax Claim) | $2,550.86 due on Effective Date | $2,550.86 | None |
| Brandon Klein (Priority Wage Claim) | $1,077.22 due on Effective Date | $1,077.22 | None |
| Class 3 General Unsecured Claim Holders | Class 3 creditors to be paid their pro rata share of $236,719.52 over 5 years in quarterly payments commencing on the Effective Date, with the total quarterly payout to Class 3 creditors of $11,835.98 per quarter.<br><br>5 rounds of quarterly payments due by the filing of this report, totaling $59,179.90 | $35,507.94 | $23,671.96 |

3. Due to an issue with the Debtor's new bank and its check issuing platform, checks issued for February 2026 quarterly payments were returned when creditors attempted to deposit them. The Debtor was made aware of this issue on October 9, 2026, and has reissued checks to all creditors directly from its bank to ensure they would clear. As of the filing of this report, the Debtor is not aware of any problems depositing the reissued checks.

4. To the best of my knowledge, the Debtor does not have outstanding taxes that are currently owed or have come due post-confirmation

5. The Debtor is currently behind on payments due under the Plan. Specifically, the Debtor was unable to make the quarterly payments due May 11, 2026 and August 11, 2026, and the Debtor is behind on its post-confirmation payments to Leslie

Cohen Law PC. However, one of the Debtor's primary customers has fallen behind on its payments to the Debtor by 3 months, and has informed the Debtor that it will be bringing its account current the week of October 19, 2026. After bringing payments current following receipt of the customer payment, the Debtor expects to be able to timely make all future quarterly payments under the Plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of October 2026 at St. Louis, Missouri.

Colin Thomson

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1615-A Montana Avenue, Santa Monica, CA 90403

A true and correct copy of the foregoing document entitled (*specify*): **POST-CONFIRMATION STATUS REPORT; DECLARATION OF COLIN THOMSON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___10/19/26__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Peter M Bransten pbransten@glaserweil.com, dsanchez@glaserweil.com
Kathleen A Cashman-Kramer kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com
Russell Clementson russell.clementson@usdoj.gov
Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
Asha Dhillon asha.dhillon@turnerdhillon.com
Moriah Douglas Flahaut (TR) df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com
Thomas M Geher tgeher@jeffer.com, bt@jmbm.com;tmg@ecf.courtdrive.com
Samuel R Maizel samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
Matthew J Matern mmatern@maternlawgroup.com, lolarra@maternlawgroup.com;ereyes@maternlawgroup.com;rsuh@maternlawgroup.com;jboxer@maternlawgroup.com
Teri T Pham tpham@epggblaw.com, ttpassistant@epglawyers.com;dle@epglawyers.com
Gary B Rudolph grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
Andre L Verdun service@verdunlaw.com, andreverdun@crowleylawgroup.com,averdun@crowleylawgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/19/26__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached pages

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/19/26 | Camille Harper | /s/ Camille Harper |
| *Date* | *Printed Name* | *Signature* |

United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA, 90017

**20 Largest Unsecured Creditors**

Chatty Broads, LLC
c/o UTA Attn: Accounting
9336 Civic Center Drive
Beverly Hills, CA, 90210

Theo Von Inc.
c/o Goodfriend & Jacobs
1299 Ocean Ave #333
Santa Monica, CA, 90401

Bardic Enterprises, LLC
c/o UTA Attn: Accounting
9336 Civic Center Drive
Beverly Hills, CA, 90210

Maverick Media
1880 Century Park East #950
Los Angeles, CA, 90067

Goofball, Inc
2029 Century Park East
Suite 1500
Los Angeles, CA, 90067

Eleven Eleven O'Clock
Corporation
c/o UTA Attn: Accounting
9336 Civic Center Drive
Beverly Hills, CA, 90210

Nicholas Viall, LLC
c/o UTA Attn: Accounting
9336 Civic Center Drive
Beverly Hills, CA, 90210

Arcadian Vanguard
Attn: Brian Last
8 Beacon Hill Dr
Chester, NJ, 07930-3000

Fandom, Inc
130 Sutter Street
4th Floor
San Francisco, CA 94104

New Imagitas Inc.
operating as Red Ventures
1423 Red Ventures Drive
Cnet Media Inc.
Fort Mill, SC 29707-1423

Your Mom and Dad LLC
c/o UTA
Attn: Accounting Department
9336 Civic Center Drive
Beverly Hills, CA, 90210

SupportingCast
2049 Century Park East
Suite 2300
Los Angeles, CA, 90067

Hattiewood Entertainment,
Inc.
2000 Avenue of the Stars
Los Angeles, CA, 90067

Glaser Weil
c/o Maritza Ponce
10250 Constellation Blvd.
19th Floor
Los Angeles, CA, 90067

Manatt, Phelps & Phillips,
LLP
Attn: Richard McDerby
2049 Century Park East, Suite
1700
Los Angeles, CA, 90067

Monkey Spunk Inc.
2600 W. Olive Ave Suite 545
Burbank, CA 91505

Nugget Productions, Inc.
c/o UTA Attn: Accounting
9336 Civic Center Dr.
Beverly Hills, CA, 90210

John Campea Show Podcast
434 Termino Ave.
Corona, CA, 92879

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA, 19101-7346

Richard Maclean Smith
c/o UTA Attn: Accounting
9336 Civic Center Dr.
Beverly Hills, CA, 90210

AYYDUBS LLC
c/o Samuel R. Maizel
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017−5704